# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2013 DEC -9 PM 4: 02

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Civil Action No.   '13 — CV — 03309

Martin Thomas Wirth,
Plaintiff(s),

v.

The State of Colorado et al,
Defendant(s).

---

## MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED
## PURSUANT TO 28 U.S.C. § 1915

---

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. I do _____ do not _____ (check one) request that the court direct the United States Marshals Service to serve process. In support of my requests, I submit the following affidavit and state that:

(1)   I am unable to pay such fees or give security therefor.

(2)   The nature of this action is: Constitutional Question & Injunctive Relief

(3)   I am entitled to redress.

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true:

## MARITAL STATUS AND DEPENDENTS
Single  ✓   Married _____   Separated _____   Divorced _____
The following individuals are my dependents (Identify minor children by their initials only. Do not include their date of birth.):

| Name | Age | Relationship |
|------|-----|--------------|
| | | |
| | | |
| | | |
| | | |

## RESIDENCE
Street Address:  36 Iris Dr.
City:  Bailey          State:  Colorado
Zip Code:  80421        Telephone:  303-816-1854

(Rev. 07/06)

## EDUCATION

What is the highest level of formal education you have received:

_Associate of Science_

I can speak, read, write, and understand the English language: Yes __✓__ No _____

## EMPLOYMENT

If <u>employed</u> at present, complete the following:

Name of employer:  _Self_

Address of employer:  _____

Telephone number of employer:  _____

How long have you been employed by present employer:  _____

Income:  Monthly $ _600.00_     Weekly $ _____

If <u>self-employed</u>, state your net income: Monthly $ _600.00_  Weekly $ _____

What is the nature of your self-employment?  _Wiring & Plumbing odd jobs_

If <u>unemployed</u> at present, complete the following:

I have been unemployed since:  _Feb 2012_

Name of last employer:  _IP Commerce, Inc._

Address of last employer:  _1001 17th Street 400 Denver, CO 80111_

Telephone number of last employer:  _720-377-3700_

Salary or hourly wage received from last employer:
$  _93,000/yr_

If <u>spouse</u> is employed, complete the following:

Name of employer:  _____

How long has spouse been employed by present employer:  _____

Income:  Monthly $ _____     Weekly $ _____

If receiving public assistance (e.g., welfare, unemployment benefits), complete the following:

I have been receiving public assistance since:  _____

Monthly benefits: $ _____     Weekly benefits: $ _____

## REAL AND PERSONAL PROPERTY

<u>Real property</u>:

Do you own real property? Yes __✓__  No _____

If yes, describe:  _Home_

Address:  _36 Iris Drive, Bailey, CO 80421_

Name(s) on title:  _Martin T. Wirth -- Title clouded_

Estimated value: $ _150,000_  Amount owed: $  _?_

Annual income from real property: $  _$0_

(Rev. 07/06)

Personal property:

Automobile: Make: _Audi_  Model: _A8_  Year: _2000_

Name(s) on registration: _Martin T. Wirth_

Estimated value: $ _1000_  Amount owed: $ _0.00_

Cash on hand:

Total amount of cash in banks and savings and loan
associations: $ _700.00_

Names and addresses of banks and
associations: _Bank of the West, Conifer_
_25657 Conifer Road, Conifer, CO 80433_

Other information pertinent to financial status:  (Include stocks, bonds, savings bonds, interests
in trusts either owned or jointly owned):

_____

_____

**FINANCIAL OBLIGATIONS:**          **MONTHLY PAYMENT:**

Rent on house or apartment:              $ _____
Mortgage on house:                       $ _____
Gas bill:                                $ _20_
Electric bill:                           $ _50_
Telephone bill:                          $ _80_
Food:                                    $ _250_
Clothing:                                $ _10_
Automobile loan:                         $ _0_
Automobile insurance:                    $ _160_
Other insurance:                         $ _____
Payments to retail merchants:            $ _____
   Total owed: _____

Payments on any other outstanding
   loans or debts:                       $ _____
   Total owed: _____

Payments to doctors, hospitals,          $ _____
lawyers:
   Total owed: _____

Maintenance under separation
   or dissolution agreement:             $ _____
   Child support:                        $ _____
   Other Payments:
   Describe: _____                      $ _____
   Describe: _____                      $ _____
   Describe: _____                      $ _____
   Describe: _____                      $ _____

Total monthly payments:                  $ _____

## ATTEMPTS TO LOCATE COUNSEL

Please list the name, address, and telephone number of each attorney you have contacted requesting representation in this matter. The court encourages you to contact a minimum of three attorneys.

Attorney: Richard Wescott Daily       Date Contacted: Dec. 9, 2013
Street Address: 10875 Linda Vista D~
City: Lakewood       State: CO
Zip Code: 80215       Telephone: 720-318-5880

Attorney: Ron Batt       Date Contacted: Dec. 9, 2013
Street Address: 1905 Sherman St. #400
City: Denver       State: CO
Zip Code: 80203       Telephone: 303-866-9372

Attorney: Gregory A. Hall       Date Contacted: Dec 9, 2013
Street Address: 3570 E 12th Ave # 200
City: Denver       State: CO
Zip Code: 80206       Telephone: 303-320

Attorney: Arthur F. Pansing       Date Contacted: Dec 9, 2013
Street Address: 3597 S. Pearl Street #100
City: Englewood       State: CO
Zip Code: 80113       Telephone: 303-504-9600

Attorney: Jessica Peck       Date Contacted: Dec 9, 2013
Street Address: 1616 17th Street #576
City: Denver       State: CO
Zip Code: 80202       Telephone: 720-628-5756

Date: Dec. 9, 2013       _____
(Plaintiff's Original Signature)

Subscribed and sworn to before me this 9 day of December, 2013

_____
(Notary Public)

_____
(Address)

My commission expires: _____