IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 13-cv-03309-BNB

Martin Thomas Wirth
    Plaintiff,

v.

The State of Colorado, et al
    Defendant.

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2013 DEC 12 PM 1:53

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

## MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED
## PURSUANT TO 28 U.S.C. § 1915

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. I do ✓   do not   (check one) request that the court direct the United States Marshals Service to serve process. In support of my requests, I submit the following affidavit and state that:

(1) I am unable to pay such fees or give security therefor.
(2) The nature of this action is: Constitutional Question and Injunctive Relief
(3) I am entitled to redress.

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true:

### MARITAL STATUS AND DEPENDENTS

✓ Single    Married    Separated    Divorced

The following individuals are my dependents (Identify minor children by their initials only. Do not include their date of birth.):

Name _____ Age _____ Relationship _____
Name _____ Age _____ Relationship _____
Name _____ Age _____ Relationship _____
Name _____ Age _____ Relationship _____

### RESIDENCE
Street Address: 36 Iris Drive
City: Bailey    State: Colorado
Zip Code: 80421    Telephone: 303-816-1054

### EDUCATION
What is the highest level of formal education you have received: Associate of Science
I can speak, read, write, and understand the English language: Yes ✓ No

### EMPLOYMENT

(Rev. 07/06)

If <u>employed</u> at present, complete the following:
Name of employer: _____
Address of employer: _____
Telephone number of employer: _____
How long have you been employed by
present employer: _____
Income: Monthly $ _____ Weekly $ _____
If <u>self-employed</u>, state your net income: Monthly $ 600   Weekly $ _____
What is the nature of your self-employment?   Plumbing, electrical, labor odd jobs, & manufacturing
If <u>unemployed</u> at present, complete the following:
I have been unemployed since: _____
Name of last employer: _____
Address of last employer: _____
Telephone number of last employer: _____
Salary or hourly wage received from last employer: $ _____
If <u>spouse</u> is employed, complete the following:
Name of employer: _____
How long has spouse been employed by present employer: _____
Income: Monthly $ _____ Weekly $ _____
If receiving public assistance (e.g., welfare, unemployment benefits), complete the following:
I have been receiving public assistance since: _____
Income: Monthly $ _____ Weekly $ _____

## **REAL AND PERSONAL PROPERTY**
**Real property:**
Do you own real property? Yes ✓  No
If yes, describe:   Home
Address:   36 Iris Drive
Name(s) on title:   Martin T. Wirth
Estimated value: $ 150,000   Amount owed: $ ?
Annual income from real property: $ 0

**Personal property:**
Automobile: Make:   Audi   Model:  A8   Year:  2000
Name(s) on registration:   Martin T. Wirth
Estimated value: $  1000   Amount owed: $  0

(Rev. 07/06)

**Cash on hand:**
Total amount of cash in banks and savings and loan associations: $ 700
Names and addresses of banks and associations:   Bank of the West
25657 Conifer Road, Conifer, CO 80433

**Other information pertinent to financial status:**  (Include stocks, bonds, savings bonds, interests in trusts either owned or jointly owned):

| FINANCIAL OBLIGATIONS: | MONTHLY PAYMENT: |
|---|---|
| Rent on house or apartment: | $ 0 |
| Mortgage on house: | $ 0 |
| Gas bill: | $ 20 |
| Electric bill: | $ 50 |
| Telephone bill: | $ 80 |
| Food: | $ 250 |
| Clothing: | $ 10 |
| Automobile loan: | $ 0 |
| Automobile insurance: | $ 160 |
| Other insurance: | $ 0 |
| Payments to retail merchants: | $ 0 |
|     Total owed: | |
| Payments on any other outstanding | |
|     loans or debts: | $ 0 |
|     Total owed: | |
| Payments to doctors, hospitals, lawyers: | $ 0 |
|     Total owed: | |
| Maintenance under separation | |
|     or dissolution agreement: | $ 0 |
|     Child support: | $ 0 |
|     Other Payments: | |
|     Describe: | $ |
|     Describe: | $ |
|     Describe: | $ |
|     Describe: | $ |
| **Total monthly payments:** | $ 570 |

(Rev. 07/06)

## ATTEMPTS TO LOCATE COUNSEL

Please list the name, address, and telephone number of each attorney you have contacted requesting representation in this matter. The court encourages you to contact a minimum of three attorneys.

Attorney: Richard Wescott Daily
Street Address: 10875 Linda Vista Dr
City: Lakewood
Zip Code: 80215
Date Contacted: Dec. 9, 2013
State: Colorado
Telephone: 720-318-5880

Attorney: Ron Batt
Street Address: 1905 Sherman Street, Suite 400
City: Denver
Zip Code: 80203
Date Contacted: Dec. 9, 2013
State: Colorado
Telephone: 303-866-9372

Attorney: Gregory A. Hall
Street Address: 3570 E 12th Ave Ste 200
City: Denver
Zip Code: 80206
Date Contacted: Dec. 9, 2013
State: Colorado
Telephone: (303)320-0584

Attorney: Arthur Pansing
Street Address: 3597 S. Pearl Street #100
City: Englewood
Zip Code: 80113
Date Contacted: Dec. 9, 2013
State: Colorado
Telephone: 303-504-9600

Attorney: Jessica Peck
Street Address: 1616 17th St, #576
City: Denver
Zip Code: 80202
Date Contacted: Dec. 9, 2013
State: Colorado
Telephone: 720-628-5756

Date: Dec. 12, 2013

*[signature]*
(Plaintiff's Original Signature)

Subscribed and sworn to before me this 12 day of December, 20 13

*[signature]*
(Notary Public)

621 17th Street Ste 103 Denver CO 80293
(Address)

JUSTIN D HALVERSON
Notary Public
State of Colorado
Notary ID 20134019266
My Commission Expires Apr 19, 2017

My commission expires: April 19, 2017

(Rev. 07/06)