IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   13-cv-03309-REB-KMT

MARTIN THOMAS WIRTH,

    Plaintiff,

v.

JOHN HICKENLOOPER, In his Official Capacity as Governor of Colorado, et al.,

    Defendants.

## CERTIFICATE OF SERVICE

    I certify that I have mailed a copy of the Certificate of Service to the named individuals below, and the following forms to John Suthers, Attorney General for the State of Colorado; to the United States Marshal Service for service of process on John Hickenlooper, Stephen A. Groome, Vicki Arrnstrong, Nationstar Mortgage, LLC, Lawrence E. Castle, The Castle Law Group, LLC:  AMENDED COMPLAINT FILED 12/12/2013, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on December 17, 2013.

Martin Thomas Wirth
36 Iris Drive
Bailey, CO 80421

John Suthers, Attorney General - WAIVER*
Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY - VIA EMAIL**

James Quinn, Asst.  Attorney General
Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY - VIA EMAIL**
**COURTESY COPY**

US Marshal Service
Service Clerk
Service forms for: John Hickenlooper, Stephen A. Groome, Vicki Arrnstrong, Nationstar Mortgage, LLC, Lawrence E. Castle, The Castle Law Group, LLC

                                                s/ A. García
                                                Deputy Clerk