FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2013 DEC 17  PM 2: 18

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.: 13-cv-03309 REB

Martin Thomas Wirth

    Plaintiff,

v.

JOHN HICKENLOOPER, In his Official Capacity as Governor of Colorado,
JOHN SUTHERS, In his Official Capacity as Attorney General of Colorado,
STEPHEN A. GROOME, In his Official Capacity as 11th District Court Judge,
VICKI ARMSTRONG, In her Official Capacity as Public Trustee of Park County,
NATIONSTAR MORTGAGE, LLC,
LAWRENCE E. CASTLE, In his Corporate and Individual Capacities, and
THE CASTLE LAW GROUP, LLC,

    Defendants.

## INFORMATION FOR TEMPORARY RESTRAINING ORDER

Attorney for Plaintiff: pro se

    Telephone Number: 303-816-1054

1

Attorney for Defendant: Park County, County Attorney

    Telephone Number: 719-836-2771, Fax: 719-836-3273

Attorney for Defendant: John Suthers

    Telephone Number: 720-508-6000

Attorney for Defendant: Lawrence E. Castle

    Telephone Number: 303-865-1400

Concise statement as to type of claim: Plaintiff's home has now been foreclosed in a Rule 120 hearing using a presumption of evidence. The Note was not expressly indorsed to the foreclosing party. Questions regarding their standing to foreclose were summarily disregarded. The Park County Public Trustee's sale of plaintiff's home was hastily scheduled for December 18, 2013 at 10:00AM. So, the plaintiff and his guests may be rendered homeless prior to adjudication of this case. Therefore, the plaintiff respectfully requests that the Park County Public Trustee be enjoined from selling the plaintiff's property.

Jurisdiction (cite statute): Pursuant to 28 USC § 1331 the United States District Court has jurisdiction over civil matters arising under the Constitution and laws of the United States.

Hearing: See D.C.COLO.LCivR.7.1A

    Date Motion for Temporary Restraining Order filed: December 12, 2013

    Estimated length of hearing: fifteen minute

    Request hearing be set for: tomorrow

    Reason why immediate action is required: The Park County Public Trustee will sell the plaintiff's home on December 18, 2013 at 10:00AM unless restrained by the court. The trustee is not likely to inform potential buyers that the property is involved in this litigation, which puts all potential buyers at risk becoming unwittingly drawn in.

Notice:

    Has opposing party and/or attorney been notified? No.

    Reason: Attorneys for the defendants have not been entered into the record for this case.