IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**WAIVER OF SERVICE OF SUMMONS**

Civil Action No. 13-cv-03309-REB-KMT

MARTIN THOMAS WIRTH,

    Plaintiff,

v.

JOHN HICKENLOOPER, In his Official Capacity as Governor of Colorado,
JOHN SUTHERS, In his Official Capacity as Attorney General of Colorado,
STEPHEN A. GROOME, In his Official Capacity as 11th District Court Judge,
VICKI ARMSTRONG, In her Official Capacity as Public Trustee of Park County,
NATIONSTAR MORTGAGE, LLC,
LAWRENCE E. CASTLE, In his Corporate and Individual Capacities,
THE CASTLE LAW GROUP, LLC,
MARY HAGER, Individually, and
FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE),

    Defendants.

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*9:10 am, Jan 06, 2014*
**JEFFREY P. COLWELL, CLERK**

I acknowledge receipt of your request that I waived service of a summons in the action of Wirth v. Hickenlooper, et al., which is case number 13-cv-03309-REB-KMT in the United States District Court for the District of Colorado, for the following defendants: **John Hickenlooper, in his official capacity as Governor of Colorado; John Suthers, in his official capacity as Attorney General of Colorado; and Stephen A. Groome, in his official capacity as 11th District Court Judge.** I have also received a copy of the complaint in the action.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after December 17, 2013, or within 90 days after that date if the request was sent outside the United States.

DATE: January 6, 2014      SIGNATURE: [signed]
on behalf of all defendant(s) listed above unless other wise noted below

Kathryn Starnella
Assistant Attorney General

Service **is not** waived and accepted as to the following defendants for the stated reason:

Defendant Name, Address (if known), and Reason