IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03309-REB-KMT

MARTIN THOMAS WIRTH,

      Plaintiff,

v.

JOHN HICKENLOOPER, In his Official Capacity as Governor of Colorado,
JOHN SUTHERS, In his Official Capacity as Attorney General of Colorado,
STEPHEN A. GROOME, In his Official Capacity as 11th District Court Judge,
VICKI ARMSTRONG, In her Official Capacity as Public Trustee of Park County,
NATIONSTAR MORTGAGE, LLC,
LAWRENCE E. CASTLE, In his Corporate and Individual Capacities,
THE CASTLE LAW GROUP, LLC,
MARY HAGER, Individually, and
FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE),

      Defendants.

## ENTRY OF APPEARANCE

Undersigned counsel hereby enters her appearance on behalf of Governor John Hickenlooper, Attorney General John Suthers, and 11th District Court Judge Stephen A. Groome.

Respectfully submitted this 8th day of January, 2014.

                JOHN W. SUTHERS
                Attorney General

                s/Kathryn A. Starnella
                KATHRYN A. STARNELLA*
                Assistant Attorney General
                Public Officials Unit
                State Services Section
                Attorneys for Governor John Hickenlooper,
                    Attorney General John Suthers, and Judge
                    Stephen A. Groome

        1300 Broadway, 6th floor
        Denver, Colorado  80203
        Telephone:  720-508-6176
        E-Mail:  kathryn.starnella@state.co.us

*Counsel of Record

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2014 I served a true and complete copy of the foregoing Entry of Appearance upon the plaintiff listed below via U.S. Mail:

Martin Thomas Wirth, *pro se*
36 Iris Drive
Bailey, CO  80421

        *s/  Debbie Bendell*