| U.S. Department of Justice<br>United States Marshals Service | | PROCESS RECEIPT AND RETURN<br>*See Instructions for "Service of Process by the U.S. Marshal"*<br>*on the reverse of this form.* | |
|---|---|---|---|
| PLAINTIFF<br>Martin Thomas Wirth | | COURT CASE NUMBER<br>13-cv-03309-REB-KMT | |
| DEFENDANT<br>John W. Hickenlooper, et al., | | TYPE OF PROCESS<br>S/C | |
| **SERVE** ➡ **AT** | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>John W. Hickenlooper, Office of the Governor State of Colorado | | |
| | ADDRESS *(Street or RFD, Apartment No., City State and Zip Code)*<br>136 State Capitol Building, Room 136, Denver, CO 80203 | | |

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2014 JAN -9 AM 11:29
JEFFREY P. COLWELL
CLERK
BY_____ DEP CLK

RECEIVED
2013 DEC 17 P 2:58
U.S. MARSHALS SERVICE
DISTRICT OF COLORADO

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:<br>Martin Thomas Wirth<br>36 Iris Drive<br>Bailey, CO 80421 | Number of process to be served with this Form - 285 | 1 |
|---|---|---|
| | Number of parties to be served in this case | 6 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

## PERSONAL SERVICE– MUST BE SIGNED BY AN ATTORNEY

| Signature of Attorney or other Originator requesting service on behalf of:  s/ A. García  Deputy Clerk | X PLAINTIFF<br>___ DEFENDANT | TELEPHONE NUMBER<br>303-844-3433 | DATE<br>12/17/13 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 13 | District to Serve<br>No. 13 | Signature of Authorized USMS Deputy or Clerk<br>Pam Claxton | Date<br>12-17-13 |
|---|---|---|---|---|---|

I hereby certify and return that I ___ have personally served, _X_ have legal evidence of service, ___ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

___ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served *(if not shown above)*<br>Josh Kohler, Executive Assistant | ___ A person of suitable age and discretion then residing in the defendant's usual place of adobe. |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service: 1/8/14  Time: 10:45 am<br>Signature of U.S. Marshal or Deputy |

| Service Fee<br>65.00 | Total Mileage Charges *(including endeavors)*<br>1.12 | Forwarding Fee | Total Charges<br>66.12 | Advance Deposits | Amount owed to U.S. Marshal or<br>66.12 | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
1 hr = 65.00

Mileage: 1.0 x 2 x .56 = 1.12

PRIOR EDITIONS MAY BE USED     **1. CLERK OF THE COURT**     FORM USM-285 (Rev. 12/15/80)