**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 22 2014

JEFFREY P. COLWELL
CLERK

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

**RECEIVED** 2013 DEC 17 P 2:57

U.S. MARSHALS SERVICE
DISTRICT OF COLORADO

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Martin Thomas Wirth | 13-cv-03309-REB-KMT #3 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Lawrence E. Castle, et al., | S/C |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Lawrence E. Castle

ADDRESS *(Street or RFD, Apartment No., City State and Zip Code)*
999 18th Street, Suite 2201, Denver, CO 80202

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Martin Thomas Wirth
36 Iris Drive
Bailey, CO 80421

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

# PERSONAL SERVICE

| Signature of Attorney or other Originator requesting service on behalf of: s/ A. García  Deputy Clerk | X PLAINTIFF  ___ DEFENDANT | TELEPHONE NUMBER  303-844-3433 | DATE  12/17/2013 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process  1 | District of Origin No. 13 | District to Serve No. 13 | Signature of Authorized USMS Deputy or Clerk  Pam Elanton | Date  12-17-13 |
|---|---|---|---|---|---|

I hereby certify and return that I ___ have personally served, X have legal evidence of service, ___ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

___ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served *(if not shown above)*
Arlene Briody, Legal Assistant

___ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*

Date of Service: 1/21/14
Time: 11:00 am

Signature of U.S. Marshal or Deputy

| Service Fee  130.00 | Total Mileage Charges (including endeavors)  0.56 | Forwarding Fee | Total Charges  130.56 | Advance Deposits | Amount owed to U.S. Marshal or  130.56 | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: 1st Attempt: 1/8/14
2hrs = 130.00

Mileage: 0.56 x 1 = 0.56

PRIOR EDITIONS MAY BE USED     **1. CLERK OF THE COURT**     FORM USM-285 (Rev. 12/15/80)