IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13–cv–03309–REB–KMT

MARTIN THOMAS WIRTH,

Plaintiff,

v.

JOHN HICKENLOOPER, in his official capacity as Governor of Colorado; JOHN SUTHERS, in his official capacity as Attorney General of Colorado; STEPHEN A. GROOME, in his official capacity as 11th District Court Judge; VICKI ARMSTRONG, in her official capacity as Public Trustee of Park County; NATIONSTAR MORTGAGE, LLC; LAWRENCE E. CASTLE, in his corporate and individual capacities; and THE CASTLE LAW GROUP, LLC, FEDERAL NATIONAL MORTGAGE ASSOCIATION,

      Defendant.

## ENTRY OF APPEARANCE OF JAMES P. ECKELS

James P. Eckels of Bloom Murr Accomazzo & Siler, PC, 410 Seventeenth Street, Suite 2400, Denver, CO 80202, hereby enters his appearance in this action as counsel for Nationstar Mortgage, LLC, and requests that all notices and pleadings in this matter be served upon undersigned counsel.

Dated this 27th day of January, 2014.

    Respectfully submitted,

    BLOOM MURR ACCOMAZZO & SILER, PC

    *s/ James P. Eckels*
    Jamie G. Siler, Colorado Bar No.: 31284
    James P. Eckels, Colorado Bar No.: 40858
    410 Seventeenth Street, Suite 2400

Denver, Colorado  80202
Telephone:  (303) 534-2277
*Attorneys for Nationstar Mortgage LLC*

## CM/ECF CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 27th day of January, 2014, the foregoing **ENTRY OF APPEARANCE OF JAMES P. ECKELS** was filed and served electronically via CM/ECF, upon the following:

Kathryn Anne Teresa Starnella
Colorado Attorney General's Office
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203

Martin Thomas Wirth
36 Iris Drive
Bailey, CO 80421
*Pro Se*

*s/Mark S. Adams*
Mark S. Adams, paralegal