## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 13–cv–03309–REB–KMT

MARTIN THOMAS WIRTH,

Plaintiff,

v.

JOHN HICKENLOOPER, in his official capacity as
Governor of Colorado; JOHN SUTHERS, in his
official capacity as Attorney General of Colorado;
STEPHEN A. GROOME, in his official capacity as
11th District Court Judge; VICKI ARMSTRONG,
in her official capacity as Public Trustee of Park
County; NATIONGAGE MORTGAGE, LLC;
LAWRENCE E. CASTLE, in his corporate and
individual capacities; and THE CASTLE LAW
GROUP, LLC, FEDERAL NATIONAL
MORTGAGE ASSOCIATION,

       Defendants.

---

## CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1 and
## D.C.COLO.LCivR 7.4

---

Defendant, Nationstar Mortgage, LLC ("Nationstar"), through its attorneys, Bloom Murr Accomazzo & Siler, PC, hereby submits its Corporate Disclosure Statement under Fed.R.Civ.P. 7.1 and D.C.COLO.LCivR 7.4, as follows:

Nationstar is owned by Nationstar Sub1 LLC and Nationstar Sub2 LLC. Nationstar Sub1 LLC and Nationstar Sub2 LLC are both wholly owned by Nationstar Mortgage Holdings, Inc., whose shares are publically traded.

Dated this 27th day of January, 2014.

Respectfully submitted,

BLOOM MURR ACCOMAZZO & SILER, PC

 s/ James P. Eckels
Jamie G. Siler, Colorado Bar No.: 31284
James P. Eckels, Colorado Bar No.: 40858
410 Seventeenth Street, Suite 2400
Denver, Colorado  80202
Telephone:  (303) 534-2277
*Attorneys for Nationstar Mortgage LLC*

## CM/ECF CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 27th day of January, 2014, the foregoing **CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1 and D.C.COLO.LCivR 7.4** was filed and served electronically via CM/ECF, upon the following:

| | |
|---|---|
| Kathryn Anne Teresa Starnella | Martin Thomas Wirth |
| Colorado Attorney General's Office | 36 Iris Drive |
| Ralph L. Carr Colorado Judicial Center | Bailey, CO 80421 |
| 1300 Broadway | *Pro Se* |
| Denver, CO 80203 | |

 s/Mark S. Adams
Mark S. Adams, paralegal