## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 13–cv–03309–REB–KMT

MARTIN THOMAS WIRTH,

Plaintiff,

v.

JOHN HICKENLOOPER, in his official capacity as Governor of Colorado; JOHN SUTHERS, in his official capacity as Attorney General of Colorado; STEPHEN A. GROOME, in his official capacity as 11th District Court Judge; VICKI ARMSTRONG, in her official capacity as Public Trustee of Park County; NATIONSTAR MORTGAGE, LLC; LAWRENCE E. CASTLE, in his corporate and individual capacities; and THE CASTLE LAW GROUP, LLC, FEDERAL NATIONAL MORTGAGE ASSOCIATION,

    Defendant.

### NOTICE OF STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT PURSUANT TO D.C.COLO.LCivR 6.1(A)

    Defendant, Nationstar Mortgage, LLC ("Nationstar"), through its attorneys, Bloom Murr Accomazzo & Siler, PC, hereby respectfully submits the following Notice of Stipulation to extend such Nationstar's answer deadline, as follows:

    1.    Mr. Wirth's amended complaint was accepted by the Court on January 21, 2014. Calculated from this date, the current deadline for Nationstar to file an answer or otherwise respond to Mr. Wirth's amended complaint under F.R.C.P. 15(a)(3) is February 4, 2014.

2. Pursuant to D.C.Colo.LCivR 6.1(A), the parties have stipulated to a 21 day extension of time, up to and including February 25, 2014, for Nationstar to file its answer or otherwise respond to the Amended Complaint.

3. Pursuant to D.C.Colo.LCivR 6.1(E), undersigned counsel for Nationstar certifies that a copy of this stipulation will be served on Nationstar.

Wherefore, Nationstar, respectfully provides notice of the parties' stipulation to extend the deadline for Nationstar to answer or otherwise respond to the Complaint up to and including February 25, 2014.

Dated this 31st day of January, 2013.

        Respectfully submitted,

        BLOOM MURR ACCOMAZZO & SILER, PC

        *s/ James P. Eckels*
        Jamie G. Siler, Colorado Bar No.: 31284
        James P. Eckels, Colorado Bar No.: 40858
        410 Seventeenth Street, Suite 2400
        Denver, Colorado  80202
        Telephone:  (303) 534-2277
        jsiler@bmas.com
        jeckels@bmas.com
        *Attorneys for Nationstar Mortgage LLC*

## CM/ECF CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 31st day of January, 2014, the foregoing NOTICE OF STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT PURSUANT TO D.C.COLO.LCivR 6.1(A) was filed and served electronically via CM/ECF, upon the following:

Kathryn Anne Teresa Starnella
Colorado Attorney General's Office
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203

Martin Thomas Wirth
36 Iris Drive
Bailey, CO 80421
*Pro Se*

*s/Rebecca M. Whitaker*
Rebecca M. Whitaker, Paralegal