IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:13-cv-03309-REB-KMT

MARTIN THOMAS WIRTH,

     Plaintiff,

v.

JOHN HICKENLOOPER, in his official capacity as Governor of Colorado,
JOHN SUTHERS, in his official capacity as Attorney General of Colorado,
STEPHEN A. GROOME, in his official capacity as 11th District Court Judge,
VICKI  ARMSTRONG, in her official capacity as Public Trustee of Park County,
NATIONSTAR MORTGAGE, LLC,
LAWRENCE E. CASTLE, in his corporate and individual capacities,
THE CASTLE LAW GROUP, LLC,
MARY HAGER, and
FEDERAL NATIONAL MORTGAGE ASSOCIATION,

     Defendants.

---

## NOTICE OF ACTIVITY IN RELATED CASE

---

The Castle Law Group, LLC and Lawrence E. Castle, individually and in his

corporate capacity (collectively, the "Castle Defendants"), by and through Phillip A.

Vaglica, of counsel, and Christopher T. Groen, submit this Notice of Activity in Related

Case pursuant to D.C.COLO.LCivR 3.2, and state as follows:

1. The constitutionality of Colorado's foreclosure statutes has been raised as an

   issue in this case by the plaintiff.

2. In a related case in this district, *Mbaku et al., v. Bank of America, National

   Association, et al.*, 1:12-cv-00190-PAB-KLM, the intervenor, the Colorado

   Attorney General ("Attorney General"), has filed a brief in support of the

constitutionality of the Colorado foreclosure statutes [Doc. #123], attached as

Exhibit A.  Through the brief, the Attorney General requests that the court

"…affirm the constitutionality of Colorado's foreclosure laws, as set forth in

Rules 105 and 120 of the Colorado Rules of Civil Procedure and codified in

Title 38, Article 38 of the Colorado Revised Statutes." [Doc. #123, p.15].

3.  The position taken by the Colorado Attorney General is identical to and

supports the position taken by the Castle Defendants in the instant case.

Dated this 10th day of February, 2014.

THE CASTLE LAW GROUP, LLC
s/ *Phillip A. Vaglica*
Phillip A. Vaglica, of counsel
Christopher T. Groen
999 Eighteenth Street, Suite 2301
Denver, Colorado 80202
(303) 865-1661
Fax:  (303) 865-1410
cgroen@cmsatty.com
vaglica@vaglica.com; pvaglica@cmsatty.com

## CERTIFICATE OF SERVICE

I certify that on February 10, 2014, I electronically filed the foregoing  with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **James P. Eckels**
  jeckels@bmas.com,rwhitaker@bmas.com,raccomazzo@bmas.com,madams@bmas.com
- **Herbert C. Phillips**
  hcphillips@hphclaw.com,mla@hphclaw.com
- **Jamie Grant Siler**
  jsiler@bmas.com,rwhitaker@bmas.com,madams@bmas.com,jeckels@bmas.com
- **Kathryn Anne Teresa Starnella**
  kathryn.starnella@state.co.us,debbie.bendell@state.co.us
- **Martin Thomas Wirth**
  martin.wirth@specialtywrench.com

THE CASTLE LAW GROUP, LLC


s/ Colette Poeppel
 Colette Poeppel, paralegal

3