## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  1:13-cv-03309-REB-KMT

MARTIN THOMAS WIRTH,

    Plaintiff,

v.

JOHN HICKENLOOPER, in his official capacity as Governor of Colorado,
JOHN SUTHERS, in his official capacity as Attorney General of Colorado,
STEPHEN A. GROOME, in his official capacity as 11th District Court Judge,
VICKI  ARMSTRONG, in her official capacity as Public Trustee of Park County,
NATIONSTAR MORTGAGE, LLC,
LAWRENCE E. CASTLE, in his corporate and individual capacities,
THE CASTLE LAW GROUP, LLC,
MARY HAGER, and
FEDERAL NATIONAL MORTGAGE ASSOCIATION,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

    TO ALL PARTIES:  Please take notice that Christopher T. Groen, of the law firm The Castle Law Group, LLC, hereby enters his appearance in the above-captioned action on behalf of The Castle Law Group, LLC and Lawrence E. Castle.

    Respectfully submitted this 12th day of February, 2014.

    THE CASTLE LAW GROUP, LLC

    /s/ *Christopher T. Groen*
    Christopher T. Groen
    999 Eighteenth Street, Suite 2201
    Denver, Colorado 80202
    (303) 865-1455
    Fax:  (303) 865-1555
    cgroen@cmsatty.com

## **CERTIFICATE OF SERVICE**

I certify that on February 12, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **James P. Eckels**
  jeckels@bmas.com,rwhitaker@bmas.com,raccomazzo@bmas.com,madams@bmas.com
- **Herbert C. Phillips**
  hcphillips@hphclaw.com,mla@hphclaw.com
- **Jamie Grant Siler**
  jsiler@bmas.com,rwhitaker@bmas.com,madams@bmas.com,jeckels@bmas.com
- **Kathryn Anne Teresa Starnella**
  kathryn.starnella@state.co.us,debbie.bendell@state.co.us
- **Martin Thomas Wirth**
  martin.wirth@specialtywrench.com

THE CASTLE LAW GROUP, LLC

s/ Colette Poeppel
Colette Poeppel, paralegal

2