

# The Hager Team
### Selling Homes From 5280 And Above!

Monday, January 06, 2014
12:06 PM
To: Martin T. Wirth or Current Occupant
Address: 36 Iris Drive Bailey, CO 80421
E Mail:

FAX: 303-674-8867-
Office Direct: 303-816-3508

Total Number of Pages
From: The Hager Team  Mary and Walt Hager



RE:  Relocation Assistance Offer

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☺ | Contract | ☺ | Amend/Extend | X | Property Info | ☺ | Earnest Money |
| ☺ | Counter Proposal | ☺ | ILC/Plat/Survey | ☺ | Well Info | ☺ | Lender Letter |
| ☺ | Addendum | ☺ | Title Work | ☺ | Septic Info | ☺ | Referral |
| ☺ | Inspection Notice | ☺ | Tax Cert | ☺ | Bids | ☺ | Listing |
| ☺ | Inspection Resolution | ☺ | Release | ☺ | Broker Scope | ☺ | Hud/Closing Docs |

Mr. Wirth or Current Occupant,
   As you are aware we have left you the Know Your Options posting on December 26, 2013 from Fannie Mae making you aware that they are now the legal owners of the property located at 36 Iris Drive Bailey CO 80421. We have not heard from you and if you are interested in any of the options indicated there.

   I have been requested to present to you these options to help you make your move. Please get back to me if you have an interest in any of these options.

| | |
|---|---|
| First Relocation Assistance Negotiation Amount: | 2500 |
| If Accepted, Estimated Date to Vacate: | 01/10/2014 |
| Second Relocation Assistance Negotiation Amount: | 1700 |
| Second Estimated Date to Vacate: | 01/25/2014 |
| Third Relocation Assistance Negotiation Amount: | 900 |
| Third Estimated Date to Vacate: | 02/09/2014 |
| 1st Installment Amount Percentage: | 50 |
| 1st Installment Maximum Amount: | 1250 |

Thanks as always
  ***Mary & Walt Hager

Remax Alliance   25577 Conifer Road Suite 201  Conifer, CO 80433

303-816-3508 Direct                    303-674-8867 Fax
         e-mail: mhager@ix.netcom.com

Exhibit C