**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13–cv–03309–REB–KMT

MARTIN THOMAS WIRTH,

Plaintiff,

v.

JOHN HICKENLOOPER, *et al*,

     Defendant.

**ORDER RE: MOTION TO DISMISS SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1) and 12(b)(6)**

THE COURT, having reviewed the Motion to Dismiss Second Amended Complaint Pursuant to Fed.R.Civ.P. 12(b)(1) and 12(b)(6) filed by defendant, Nationstar Mortgage, LLC (the "Motion"), and being sufficiently advised in its premises and finding good cause therefore,

IT IS HEREBY ORDERED that the Motion is GRANTED and that the plaintiff's second amended complaint against Nationstar Mortgage, LLC is DISMISSED.

IT IS FURTHER ORDERED that the Plaintiff is denied leave to further amend his complaint in this action.

Dated this ____ day of _____, 2014.

                                              BY THE COURT

                                              _____

                                              District Court Judge