IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–03309–REB–KMT

MARTIN THOMAS WIRTH,

    Plaintiff,

v.

JOHN HICKENLOOPER, in his official capacity as Governor of Colorado,
JOHN SUTHERS, in his official capacity as Attorney General of Colorado,
STEPHEN A. GROOME, in his official capacity as 11th District Court Judge,
VICKI ARMSTRONG, in her official capacity as Public Trustee of Park County,
NATIONSTAR MORTGAGE, LLC,
LAWRENCE E. CASTLE, in his corporate and individual capacities,
THE CASTLE LAW GROUP, LLC,
MARY HAGER, individually, and
FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE),

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

"Defendants the Castle Law Group, LLC and Lawrence E. Castles' Motion to Strike Fourth Amended Complaint Pursuant to Fed. R. Civ. P. 12(f) and Fed. R. Civ. P. 15(a)" (Doc. No. 42, filed March 4, 2014) is GRANTED.  Fed. R. Civ. P. 15(a)(1) allows a party to amend its pleading **once** as a matter of course within twenty-one days after service of a responsive pleading or twenty-one days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier. Plaintiff previously has amended his Complaint two times.  The first amendment was required pursuant to this Court's *pro se* review process.  (*See* Doc. No. 4.)  The second amendment was allowed, as Plaintiff's "matter of course amendment," pursuant to Fed. R. Civ. P. 15(a)(1).  (Doc. No. 20.)  The court has not granted Plaintiff leave to amend his complaint again, nor have the defendants given their written consent for an amendment.  *See* Fed. R. Civ. P. 15(a)(2). Therefore, the "Fourth Amended Complaint for Injunctive and Declaratory Relief Regarding Colorado Statutory Violations of Constitutional Restraints, Rules of Evidence, and Due Process"

(Doc. No. 38) is STRICKEN.  If Plaintiff wishes to amend his complaint, he must file a motion to amend and attach the proposed amended complaint to the motion.

Dated: March 5, 2014