| DISTRICT COURT, PARK COUNTY, COLORADO | |
|---|---|
| Court Address:<br>P.O. Box 190, 300 Fourth Street, Fairplay, CO, 80440 | DATE FILED: December 3, 2013 2:08 PM<br>CASE NUMBER: 2013CV30104 |
| **Plaintiff(s)** NATIONSTAR MORTGAGE LLC<br>v.<br>**Defendant(s)** MARTIN T WIRTH | |
| | ⚠ **COURT USE ONLY** ⚠ |
| | Case Number: 2013CV30104 |
| | Division: B     Courtroom: |
| **Order: Order Re: Order Authorizing Sale** | |

The motion/proposed order attached hereto: GRANTED.


Issue Date: 12/3/2013

*[signature]*

STEPHEN A GROOME
District Court Judge

**EXHIBIT**
tabbies®
2

Page 1 of 1

| | |
|---|---|
| DISTRICT COURT, PARK COUNTY, COLORADO<br>Court Address:  300 4th St., P.O. Box 190<br>  Fairplay, CO 80440 | |
| IN THE MATTER OF THE MOTION OF NATIONSTAR MORTGAGE LLC FOR AN ORDER AUTHORIZING THE PUBLIC TRUSTEE TO SELL CERTAIN REAL ESTATE UNDER A POWER OF SALE CONTAINED WITHIN A DEED OF TRUST | ▲COURT USE ONLY▲<br><br>Case Number: 2013CV030104<br><br><br>Division: B |
| ORDER AUTHORIZING SALE | |

THE REVIEW AND HEARING IN THIS MATTER having been completed by the Court on December 2, 2013:

WHEREAS, Martin T. Wirth, Grantor(s) by Deed of Trust dated January 18, 2002, recorded January 29, 2002 at Reception No. 560414 in the records of the County of Park, Colorado, to secure to Mortgage Electronic Registration Systems, Inc., as nominee for Countrywide Home Loans, Inc. the payment of a Promissory Note of even date therewith for the principal sum of $138,000.00 as provided in said Deed of Trust, conveyed to the Park County Public Trustee, on the terms set forth in said Note and Deed of Trust, the following described real property ("Property") situate in said County to-wit:

**SEE EXHIBIT A ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE**

**WHICH HAS THE ADDRESS OF 36 Iris Drive  Bailey, CO 80421-2316**

THE COURT FINDS that there is reasonable probability that: a default exists as alleged in the Motion in order to invoke the power of sale in said Deed of Trust; that the provisions of C.R.C.P. Rule 120 and the Servicemembers Civil Relief Act, as amended, have been complied with; that the venue in this action is proper; and that the order authorizing sale should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that a sale of the Property by the Public Trustee in the above said County in the State of Colorado, under a power of sale, pursuant to statute and the provisions of that certain Deed of Trust described above, be and the same hereby is authorized by this Court.

It is further ordered that a return of such sale shall be made to this Court for its approval.

DONE this Second day of December, 2013

BY THE COURT:

_____
Judge/Magistrate

Wirth / 13-03477

Attachment to Order - 2013CV30104

# EXHIBIT A

LOT 53,
FRIENDSHIP RANCH UNIT 2,

AND

A PART OF THE SOUTH 1/2 OF SECTION 8, TOWNSHIP 7 SOUTH, RANGE 72 WEST OF THE 6TH P.M., DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE SOUTHERLY BOUNDARY OF FRIENDSHIP RANCH UNIT 2 THENCE THE SOUTH 1/4 CORNER OF SAID SECTION 8 BEARS SOUTH 4 DEGREES 25 MINUTES EAST, 516 FEET;
THENCE SOUTH 53 DEGREES 17 MINUTES EAST, ALONG SAID BOUNDARY, 476 FEET TO THE MOST SOUTHERLY CORNER OF SAID LOT 54 IN SAID SUBDIVISION;
THENCE SOUTH 78 DEGREES 31 MINUTES WEST, 532.44 FEET;
THENCE NORTH 60 DEGREES 25 MINUTES WEST, 388.91 FEET TO A POINT ON THE SOUTH BOUNDARY OF SAID SUBDIVISION;
THENCE NORTH 89 DEGREES 29 MINUTES 30 SECONDS EAST, ALONG SAID BOUNDARY, 143.16 FEET TO THE POINT OF BEGINNING.

EXCEPT THE WEST OR WESTERLY 60 FEET THEREOF CONVEYED BY DEED RECORDED IN BOOK 217 AT PAGE 378.

COUNTY OF PARK,
STATE OF COLORADO

Attachment to Order - 2013CV30104