| | |
|---|---|
| DISTRICT COURT, PARK COUNTY, COLORADO<br>Court Address: 300 4th St., P.O. Box 190<br>Fairplay, CO 80440 | DATE FILED: January 16, 2014 9:27 AM<br>FILING ID: 1C829CEE35868<br>CASE NUMBER: 2013CV30104 |
| IN THE MATTER OF THE MOTION OF NATIONSTAR MORTGAGE LLC FOR AN ORDER AUTHORIZING THE PUBLIC TRUSTEE TO SELL CERTAIN REAL ESTATE UNDER A POWER OF SALE CONTAINED WITHIN A DEED OF TRUST | ▲COURT USE ONLY▲ |
| Attorneys for Petitioner:<br>**THE CASTLE LAW GROUP, LLC**<br>Address: 999 18th Street, Suite 2201<br>Denver, CO 80202<br>Phone Number: (303) 865-1400<br>Atty. Reg.#23449 (Deanna L. Westfall) dwestfall@cmsatty.com<br>#34935(Britney Beall-Eder) bbeall-eder@cmsatty.com<br>#39976(Christopher T. Groen) cgroen@cmsatty.com<br>#40351 (Kimberly L. Martinez) kmartinez@cmsatty.com | Case Number:<br>2013CV030104<br><br>Division: B |
| RETURN OF SALE | |

COMES NOW the Petitioner above named, by the undersigned attorney and represents:

Pursuant to order of this Court heretofore entered, the real property described in the Motion for Order Authorizing Sale filed herein was struck off and sold to Petitioner named above for the sum of $133,818.99 at public auction on December 18, 2013, in accordance with published Notice of Sale by the Public Trustee in the County of Park and State of Colorado, pursuant to that certain Deed of Trust described in said Motion.

WHEREFORE, said Petitioner presents this Return of Sale and prays for an Order of this Court approving the same.

THE CASTLE LAW GROUP, LLC
Original signature on file

By _____

Kimberly L. Martinez
#40351
Attorney for Petitioner

Wirth / 13-03477

**EXHIBIT 3**