IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03309-REB-KLM

MARTIN THOMAS WIRTH,

    Plaintiff,

v.

JOHN HICKENLOOPER, in his official capacity as Governor of Colorado, JOHN SUTHER, in his official capacity as Attorney General of Colorado, STEPHEN A GROOME, in his official capacity as 11th District Court Judge, Vicki Armstrong, in her official capacity as Public Trustee of Park county, NATIONSTAR MORTGAGE, LLC,
LAWRENCE E. CASTLE, in his corporate and individual capacities,
THE CASTLE LAW GROUP, LLC,
MARY HAGER, individually, and
FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE)

    Defendants.

---

**DEFENDANT VICKI ARMSTRONG'S RESPONSE TO COMBINED EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

---

    DEFENDANT VICKI ARMSTRONG, by her attorneys Hayes, Phillips, Hoffmann & Carberry, P.C., for her response to the Combined Emergency Verified Motion for Temporary Restraining Order and Preliminary Injunction filed by Plaintiff, joins in the response submitted by Defendant Nationstar Mortgage, LLC

    Respectfully submitted this 10th day of March, 2014.

    **HAYES, PHILLIPS, HOFFMANN & CARBERRY, P.C.**

    By: s/ *Herbert C. Phillips*
        Herbert C. Phillips

    **ATTORNEYS FOR PLAINTIFF VICKY ARMSTRONG**

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 10th day of March, 2014, a true and correct copy of the within **DEFENDANT VICKI ARMSTRONG'S REPONSE TO COMBINED EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** was filed/served via CM/ECF, and/or U.S. P.S. First Class Mail, postage prepaid, and properly addressed as follows:

Martin Thomas Wirth, Plaintiff
36 Iris Drive
Bailey, CO 80421

Defendant Nationstar Mortgage, LLC
c/o James P. Eckels @ jeckels@bmas.com
c/o Jamie Grant Siler @ jsiler@bmas.com

Defendant the Castle Law Group, LLC
c/o Phillip A. Vaglica @ pvaglica@cmsatty.com

Defendant Lawrence E. Castle
c/o Phillip A. Vaglica @ pvaglica@cmsatty.com

Defendants John Hickenlooper,
John Suthers,  and
Judge Stephen A. Groome
**c/o John Suthers**
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, CO 80203

/s/*Valerie A. Martinez*

*A copy with original signature is on file at the offices of Hayes, Phillips, Hoffmann & Carberry, P.C*

2