IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **13-CV-03309-REB-KMT**

      MARTIN THOMAS WIRTH, Plaintiff,

v.

      JOHN HICKENLOOPER, In his Official Capacity as Governor of Colorado,

      JOHN SUTHERS, In his Official Capacity as Attorney General of Colorado,

      STEPHEN A. GROOME, In his Official Capacity as 11th District Court Judge,

      VICKI ARMSTRONG, In her Official Capacity as Public Trustee of Park County,

      NATIONSTAR MORTGAGE, LLC,

      LAWRENCE E. CASTLE, In his Corporate and Individual Capacities,

      THE CASTLE LAW GROUP, LLC,

      MARY HAGER, Individually,

      FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE),

      Defendants.

---

## ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO FED.RULE.CIV.PROC. 15(a)(1)(B), 15(a)(2)

---

**ORDER ENTERED BY**

      Considering that the Plaintiff was asserting rights as a State defendant and continues to assert those rights as a Plaintiff in this Court, the Rooker-Feldman Doctrine is not applicable to this case. The Court has subject matter jurisdiction. The Complaint is not futile as it calls for an answer to a Constitutional question regarding the effects of

State laws on the rights of State defendants. As such the Court is a proper venue for consideration of these Constitutional questions.

Prior pre-response motions are moot. The Motion to Dismiss [#39] tendered by Nationstar clearly argues with Claims in the Complaint. These arguments themselves demonstrate that the Complaint certainly contains claims upon which relief may be granted.

In the interest of justice, pertinent evidence voluntarily provided to the Plaintiff by a Defendant may not be ignored. The Complaint is properly amended to bring this evidence into consideration.

Dated: