704249  1/8/2014 5:07 PM  Debra A Green
1 of 2  CONFI R$16.00 D$0.00  Park County Clerk

# CONFIRMATION DEED
## (CRS §38-38-502)
### Public Trustee's Foreclosure Sale No. 2013-0051

THIS DEED is made January 8, 2014 between Michelle A. Miller as the Public Trustee in and for the County of Park, State of Colorado, grantor and Nationstar Mortgage LLC, grantee, the holder of the certificate of purchase whose legal address is 350 Highland Dr., Lewisville, TX 75067.

WHEREAS, the Grantor(s) described below did convey to the public trustee, in trust, the property hereinafter described to secure the payment of the indebtedness provided in said deed of trust:

| | |
|---|---|
| Original Grantor(s) | Martin T. Wirth |
| Original Beneficiary(ies) | Mortgage Electronic Registration Systems, Inc., as nominee for Countrywide Home Loans, Inc. |
| Current Holder of Evidence of Debt | Nationstar Mortgage LLC |
| Date of Deed of Trust | January 18, 2002 |
| County of Recording | Park |
| Recording Date of Deed of Trust | January 29, 2002 |
| Recording Information (Reception Number) | 560414 |

WHEREAS, a violation was made in certain of the terms and covenants of said deed of trust as shown by the notice of election and demand for sale filed with the Public Trustee; the said property was advertised for public sale at the place and in the manner provided by law and by said deed of trust; combined notice of sale and right to cure and redeem was given as required by law; said property was sold according to said combined notice; and a certificate of purchase thereof was made and recorded in the office of said county Clerk and Recorder; and

WHEREAS, all periods of redemption have expired.

NOW, THEREFORE, the Public Trustee, pursuant to the power and authority vested by law and by the said deed of trust, confirms the foreclosure sale and sells and conveys to grantee the following described property located in the County of Park, State of Colorado, to wit:

SEE EXHIBIT A ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE

Also known by street and number as: 36 Iris Drive, Bailey, CO 80421-2316

**THE PROPERTY DESCRIBED HEREIN IS ALL OF THE PROPERTY CURRENTLY ENCUMBERED BY THE LIEN OF THE DEED OF TRUST.**

To have and to hold the same, with all appurtenances, forever.

Executed on: January 08, 2014

Michelle A. Miller, Public Trustee in and for the County of Park, State of Colorado

_Vicki Armstrong_
By: Vicki Armstrong, Chief Deputy Public Trustee

When Recorded Return to: Park County Public Trustee

© Public Trustees' Association of Colorado Revised 6/2011