Exhibit G

## DEMAND FOR POSSESSION

ATTENTION: MARTIN T. WIRTH, and all other persons occupying the premises known as 36 Iris Drive, Bailey, CO 80421-2316, including any and all outbuildings.

You and each of you are hereby notified that FEDERAL NATIONAL MORTGAGE ASSOCIATION is the owner of the premises described below, including the house and appurtenance thereon, as of March 18, 2014. The premises, which are the subject of this action, are more particularly described as:

SEE EXHIBIT A ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE

FEDERAL NATIONAL MORTGAGE ASSOCIATION demands that you immediately quit possession of (vacate) the above-described premises now unlawfully occupied by you.

**IMPORTANT NOTICE TO SERVICEMEMBERS AND THEIR DEPENDANTS: PROTECTIONS UNDER THE SERVICEMEMBERS CIVIL RELIEF ACT**

Service members on "active duty" or "active service," or a dependant of such a service member may be entitled to certain legal protections, including eviction protection, pursuant to the Service members Civil Relief Act (50 USC App. §§ 501-596), as amended, (the "SCRA") and, possibly, certain related state statutes.

**Who may be entitled to Legal Protections under the SCRA:**

- Active duty members of the Army, Navy, Air Force, Marine Corps, Coast Guard and active service National Guard;
- Active service members of the commissioned corps of the National Oceanic and Atmospheric Administration;
- Active service members of the commissioned corps of the Public Health Service;
- United States citizens servicing with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action; and
- Their spouses.

Service members and dependants with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php.

[Continued]

"Military OneSource" is the U.S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA, please go to www.militaryonesource.com/scra or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

If you are such a service member, or a dependant of such a service member, you should contact Cynthia Lowery-Graber at 303-865-1417 to discuss your status under the SCRA.

THE CASTLE LAW GROUP, LLC

By:*/s/ Cynthia Lowery-Graber, Esq. (electronically signed)*

Deanna L. Westfall, Registration No. 23449
Britney Beall-Eder, Registration No. 34935
Christopher T. Groen, Registration No. 39976
Cynthia Lowery-Graber, Registration No. 34145
Attorneys for Plaintiff
999 18th Street, Suite 2201
Denver, CO 80202
(303) 865-1400
(303) 865-1410 (FACSIMILE)

**THE CASTLE LAW GROUP, LLC MAY BE ACTING AS A DEBT COLLECTOR, ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Wirth/ 13-03477

3/26/2014