IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13–cv–03309–REB–KMT

MARTIN THOMAS WIRTH,

Plaintiff,

v.

JOHN HICKENLOOPER, *et al*,

    Defendant.

**ORDER RE: SECOND MOTION FOR LEAVE TO FILE (FOURTH) AMENDED COMPLAINT PURSUANT TO F.R.C.P. 15(A)(1)(B), 15(A)(2)**

    THE COURT, having reviewed Plaintiff Martin T. Wirth's Second Motion for Leave to File (Fourth) Amended Complaint Pursuant to Fed. R. Civ. P. 15(a)(1)(b) & 15(a)(2) (the "Motion for Leave," Doc. No. 56), the responses thereto, and any replies, as well as the Motion to Dismiss Second Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) filed by defendant, Nationstar Mortgage, LLC ("Nationstar") (the "Motion to Dismiss," Doc. No. 39), and being sufficiently advised in its premises of each,

    IT IS HEREBY ORDERED that Plaintiff's Motion for Leave is DENIED.

    IT IS FURTHER ORDERED that Nationstar's Motion to Dismiss is GRANTED and that the Plaintiff's amended complaint against Nationstar Mortgage, LLC (Doc. No. 14) is DISMISSED with prejudice.

    IT IS FURTHER ORDERED that the Plaintiff is denied leave to further amend his complaint in this action.

    Dated this _____ day of _____, 2014.

                                                    BY THE COURT

                                                    _____
                                                    District Court Judge