NO DECLARATION

705714  3/24/2014 12:06 PM  Debra A Green
1 of 2  WD R$16.00 DS0.00  Park County Clerk

~~EXHIBIT B~~

## SPECIAL WARRANTY DEED
### FOR CONVEYANCE PURPOSES ONLY

THIS DEED, made this 18 day of MARCH 2014, between Nationstar Mortgage LLC a company organized and existing under the laws of the United States of America with its principal office and place of business located at 350 Highland Dr., Lewisville, TX 75067, Grantor, to Federal National Mortgage Association whose legal address is International Plaza II, 14221 Dallas Parkway, Ste. 1000, Dallas, TX 75254-2916, Grantee.

WITNESSETH, that the said Grantor, for and in consideration of the sum of one dollar and other good and valuable consideration, to the said Grantor, in hand paid by the said Grantee, the receipt whereof is hereby confessed and acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm unto the said Grantee its successors and assigns forever, all of the following described property, situate, lying and being in the County of Park, State of Colorado, to wit:

SEE EXHIBIT A ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE

WHICH HAS THE ADDRESS OF 36 Iris Drive, Bailey, CO 80421-2315

Together with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever, of the said Grantor, either in law or equity, of, in and to the above bargained premises, to HAVE AND TO HOLD the said premises above bargained and described unto the Grantee, and its successors and assigns.

The Grantor, for itself, its heirs, executors, administrators and assigns, does covenant, grant, bargain and agree to and with the said Grantee, its heirs and assigns, to warrant the above bargained premises in the quiet and peaceable possession of said Grantee, its heirs and assigns, against all and every person or persons lawfully claiming or to claim the whole or any part thereof, by, through or under the said Grantor and to WARRANT AND FOREVER DEFEND the same.

Grantor also assigns and transfers to the Grantee, herein, all of said Grantor's claims and notes, and the judgment, if any, thereon representing the indebtedness heretofore secured by liens on the property hereinabove described and which liens were heretofore foreclosed.

IN WITNESS WHEREOF, The said Grantor has hereunto set its hand and seal the day and year first above written.

Nationstar Mortgage LLC

By: _Jesslyn Williams_ 3/18/14
Title: ASSISTANT SECRETARY / JESSLYN WILLIAMS

CORPORATE SEAL

STATE OF TEXAS )
                      ) ss.
COUNTY OF DENTON )

The foregoing instrument was acknowledged before me this 18 day of MARCH 2014
By JESSLYN WILLIAMS, as ASSISTANT SECRETARY

My commission expires: 7/30/16.

Witness my hand and official seal.

[SEAL]

_____ Notary Public

13-03477
Consideration Amount: $153,818.99

JORDAN S. FORD
Notary Public, State of Texas
My Commission Expires
July 30, 2016

**Exhibit H**