

**From:** James Eckels
**Sent:** Friday, January 31, 2014 3:15 PM
**To:** Martin Wirth
**Cc:** Jamie G. Siler; Mark Adams
**Subject:** RE: Wirth v. State of Colorado: Nationstar Response Deadline

Mr. Wirth,

Thank you again for your time today and for stipulating to a 21-day extension for Nationstar to respond to your most recent complaint.

As we discussed over the phone, we will keep an eye out for any amended pleadings you file, as well as for service of a summons on Fannie Mae, and will speak to our client about possible options for amicably resolving this matter.

Have a nice weekend.

**James P. Eckels, Esq.**
Bloom Murr Accomazzo & Siler, PC
303-534-2277
jeckels@bmas.com

---

**From:** James Eckels
**Sent:** Thursday, January 30, 2014 9:02 AM
**To:** 'Martin Wirth'
**Cc:** Jamie G. Siler; Mark Adams
**Subject:** RE: Wirth v. State of Colorado: Nationstar Response Deadline

These conditions are unreasonable and do not appear to be in good faith given the routine nature of our request. Accordingly, they are not accepted, and we will be filing a motion for extension of time (as opposed to a stipulation). Please let us know whether our motion will be opposed and if so the reasons why, so we may include that information in our motion to the court, as required by the Local Rules (see D.C.COLO.LCivR 7.1(a)).

**James P. Eckels, Esq.**
Bloom Murr Accomazzo & Siler, PC
303-534-2277
jeckels@bmas.com

---

**From:** Martin Wirth [mailto:martin.wirth@specialtywrench.com]
**Sent:** Thursday, January 30, 2014 8:47 AM
**To:** James Eckels
**Cc:** Jamie G. Siler; Mark Adams
**Subject:** Re: Wirth v. State of Colorado: Nationstar Response Deadline

Greetings Mr. Eckels,

I would be willing to consider the stipulation under the following conditions:

1. No further action shall be taken to remove me from my home including but not limited to: eviction; entry onto the property without my expressed written permission by any employees, agents, or representatives of any defendant in this case; harassment by entry onto the property or stalking; or unnecessary, redundant, or hostile telephone calls; property inspections; forcible entry and detainer;

or demanding rent until the conclusion of the case or July 31, 2015 whichever event happens last. If any of these conditions are violated, your client(s) shall agree to pay me $100,000 within one month of violating any of these conditions per each violation.

2. You agree in advance to stipulate that I shall have additional time to review and research all responses, answers,  motions, and other documents entered by defendants pertaining to this case, the stipulation being not less than two weeks per page.

Best Regards,
Martin T. Wirth

On 01/29/2014 02:37 PM, James Eckels wrote:

> Good Afternoon Mr. Wirth,
>
> I believe you spoke with attorney Jamie Siler previously about this case, but our firm represents Nationstar in the above-referenced case (and may possibility be representing Fannie Mae as well).   It appears that we will require additional time to adequately respond to your complaint.  Would you be willing to stipulate to a one-time, 21-day extension of time, as expressly contemplated by District Court of Colorado Local Rule 6.1(a)?  Local Rule 6.1(a) provides as follows:
>
>> EXTENSION OF TIME OR CONTINUANCE
>> (a)Extension of Time. The parties may stipulate in writing to one extension of not more than 21 days beyond the time limits prescribed by the Federal Rules of Civil Procedure to respond to a pleading or amended pleading, interrogatories, requests for production of documents, or requests for admissions. The stipulation must be filed before the expiration of the time limits to respond prescribed in the Federal Rules of Civil Procedure, and shall be effective on filing, unless otherwise ordered. Any other request for an extension of time or continuance must be approved by court order on motion.
>
> Thank you,
>
> **James P. Eckels, Esq.**
> Bloom Murr Accomazzo & Siler, PC
> 410 17th Street, Suite 2400
> Denver, Colorado 80202
> Main: 303-534-2277
> Direct: 303-534-0311 ext. 36
> Fax: 303-534-1313
> jeckels@bmas.com
> *www.bmas.com*
>
> This communication may contain privileged and confidential information. If you are not the intended recipient, you may not read, copy or distribute this information. If you receive this information in error, please advise us by return e-mail and call 303-534-2277. Any advice contained herein is not intended or written to be used, and cannot be used, by you or any other person, for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service. Thank you. BLOOM MURR ACCOMAZZO & SILER, PC