IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF COLORADO

Civil Action No. 13-cv-03309-REB-KLM

MARTIN THOMAS WIRTH,

      Plaintiff,

v.

JOHN HICKENLOOPER, in his official capacity as Governor of Colorado, JOHN SUTHER, in his official capacity as Attorney General of Colorado, STEPHEN A GROOME, in his official capacity as 11th District Court Judge, Vicki Armstrong, in her official capacity as Public Trustee of Park county, NATIONSTAR MORTGAGE, LLC,
LAWRENCE E. CASTLE, in his corporate and individual capacities,
THE CASTLE LAW GROUP, LLC,
MARY HAGER, individually, and
FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE)

      Defendants.

---

DEFENDANT VICKI ARMSTRONG'S RESPONSE TO EMERGENCY MOTION FOR
TEMPORARY RESTRAINING ORDER FILED BY PLAINTIFF ON JUNE 2, 2014

---

DEFENDANT VICKI ARMSTRONG, by her attorneys Hayes, Phillips, Hoffmann & Carberry, P.C., for her response to the Emergency Motion for Temporary Restraining Order filed by Plaintiff on June 2, 2014 (the "Motion"), states as follows:

1. No relief is requested in the Motion as to Defendant Armstrong.

2. The relief requested in the Motion is "that the Court issue an Order Restraining the Park County Sheriff from entering and evicting the Plaintiff from his property and home."

3. The Park County Sheriff is not a party to this case with the result that the Court would appear to lack the *in personam* jurisdiction necessary to grant the relief requested.

      Respectfully submitted this 2nd day of June, 2014.

1

**HAYES, PHILLIPS, HOFFMANN & CARBERRY, P.C.**

By:  s/ *Herbert C. Phillips*
          Herbert C. Phillips

**ATTORNEYS FOR PLAINTIFF VICKY ARMSTRONG**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 2nd day of June, 2014, a true and correct copy of the within **DEFENDANT VICKI ARMSTRONG'S REPONSE TO EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER** was filed/served via CM/ECF, and/or U.S. P.S. First Class Mail, postage prepaid, and properly addressed as follows:

Martin Thomas Wirth, Plaintiff
36 Iris Drive
Bailey, CO 80421

Defendant Nationstar Mortgage, LLC
c/o James P. Eckels @ jeckels@bmas.com
c/o Jamie Grant Siler @ jsiler@bmas.com

Defendant the Castle Law Group, LLC
c/o Phillip A. Vaglica @ pvaglica@cmsatty.com

Defendant Lawrence E. Castle
c/o Phillip A. Vaglica @ pvaglica@cmsatty.com

Defendants John Hickenlooper,
John Suthers,  and
Judge Stephen A. Groome
**c/o John Suthers**
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, CO 80203

/s/*Valerie A. Martinez*

*A copy with original signature is on file at the offices of Hayes, Phillips, Hoffmann & Carberry, P.C*