# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. **13-CV-03309-REB-KMT**

     MARTIN THOMAS WIRTH, Plaintiff,

v.

     JOHN HICKENLOOPER, In his Official Capacity as Governor of Colorado,

et al, Defendants.

---

## REPLY TO DEFENDANT VICKI ARMSTRONG'S RESPONSE TO EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

### NO ISSUE IN DEFENDANT'S RESPONSE

1. At this point in time, no relief is requested as to Defendant Armstrong.

2. The relief requested is a Temporary Restraining Order.

3. The relief requested is a Temporary Restraining Order against any potential actions that may be taken by the Park County Sheriff in furtherance of the illegal and Unconstitutional order issued by a substitute judge in the Park County Court. This relief is not requested against the Park County Sheriff *in personam* but rather in his Official Capacity.

4. The illegal order and any ensuing effort made to evict the Plaintiff from his property is in violation of 18 U.S. Code § 242 - Deprivation of rights under color of law, which states, "Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or

District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death. "

Respectfully submitted this 3rd day of June 2014.

S/Martin Thomas Wirth
Martin Thomas Wirth
Plaintiff pro se

## CM/ECF CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 2nd day of June, 2014, the foregoing Reply to Motion to Dismiss was filed and served electronically via CM/ECF, upon the following:

| | |
|---|---|
| Kathryn Anne Teresa Starnella | James P. Eckels |
| Colorado Attorney General's Office | Jamie G. Siler |
| Ralph L. Carr Colorado Judicial Center | Bloom, Murr, Accomazzo & Siler, PC |
| 1300 Broadway | 410 17th Street, Suite 2400 |
| Denver, Colorado 80203 | Denver, Colorado 80202 |

Herbert C. Phillips

Hayes, Phillips, Hoffmann & Carberry, PC

675 Main Street

P.O.Box 1046

Fairplay, Colorado 80440

Christopher T. Groen

Phillip A. Vaglica

The Castle Law Group, LLC

1125 17th Street, Suite 2100

Denver, Colorado 80202            S/Martin Thomas Wirth

                                                                       Plaintiff pro se