| | |
|---|---|
| COUNTY COURT, PARK COUNTY, COLORADO<br>Park County Courthouse<br>300 4th St., P.O. Box 190<br>Fairplay, CO 80440 | DATE FILED: May 29, 2014 |
| Plaintiff: FEDERAL NATIONAL MORTGAGE ASSOCIATION<br>v.<br>Defendants: MARTIN T. WIRTH, and any and all other occupants claiming an interest under the defendants | ▲COURT USE ONLY▲ |
| Attorney:  Jamie G. Siler, Esq.<br>            James P. Eckels, Esq.<br>            Bloom Murr Accomazzo & Siler, PC<br>Address:    410 17th Street, Suite 2400<br>            Denver, Colorado 80202<br>Phone Number: (303) 534-2277<br>FAX Number:  (303) 534-1313<br>E-mail:      jsiler@bmas.com<br>             jeckels@bmas.com<br>Atty. Reg #s: 31284; 40858 | Case No.: 2014C30068<br><br>Div.: A |
| JUDGMENT FOR POSSESSION | |

THIS MATTER has come before the Court upon plaintiff's complaint in unlawful detainer, defendant's answer and counterclaims, and a trial to the Court held on May 29, 2014.

The Court, having considered the evidence and arguments of the parties, entered findings of fact and conclusions of law on the record at the conclusion of the trial. The Court hereby grants judgment for possession to plaintiff, and further FINDS and ORDERS as follows:

1. Defendant Martin T. Wirth ("Mr. Wirth") obtained a mortgage loan and in connection with that loan executed a deed of trust (the "Deed of Trust") containing a power of sale. The Deed of Trust encumbered the Mr. Wirth's property located at: 36 Iris Drive, Bailey, Colorado 80421 (the "Property").

2. A default occurred under the Deed of Trust and Federal National Mortgage Assciation's ("Fannie Mae") servicer, Nationstar Mortgage LLC ("Nationstar") foreclosed upon the Deed of Trust. The Property was duly sold to Nationstar at the foreclosure sale.

3. Fannie Mae demanded possession of the Property pursuant to C.R.S. § 13-40-104(1)(f).

4. Defendants were duly served with the demand for possession but did not vacate the Property.

5. Defendants were duly served with a summons and complaint.

6. Fannie Mae is the lawful owner of the Property as a consequence of the completed foreclosure and expiration of the applicable redemption periods. Nationstar received a public trustee's Confirmation Deed, and thereafter executed a special warranty deed transferring the Property from Nationstar to Fannie Mae.

7. Mr. Wirth is guilty of unlawful detention of the Property now owned by Fannie Mae pursuant to C.R.S. § 13-40-104(1)(f).

8. Venue has been considered and is proper pursuant to Rule 98(a), C.R.C.P. because this matter involves a claim for possession of the real Property that is located in Park County, state of Colorado.

9. Based upon the above, the Court, being otherwise sufficiently advised, hereby enters judgment pursuant to C.R.S. § 13-40-115(1) in favor of plaintiff and against all defendants, for possession of the Property.

10. Upon plaintiff's request, the clerk of the Court shall issue a writ of restitution upon this judgment, pursuant to C.R.S. §13-40-122, at any time after __8:00__ o'clock, __a__.m., on __JUNE 2, 2014__, being more than 48 hours after the entry of this judgment.

DATED this __29th__ day of __MAY__, 2014, at __10:00__ o'clock, __a__.m.

BY THE COURT:

_____
District Court Judge

[Park County Combined Courts, State of Colorado — Court Seal]