IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **13-CV-03309-REB-KMT**

      MARTIN THOMAS WIRTH, Plaintiff,

v.

      JOHN HICKENLOOPER, In his Official Capacity as Governor of Colorado,

      NATIONSTAR MORTGAGE, LLC. (Nationstar),

      JAY BRAY, Chief Executive of Nationstar in his Corporate and Individual Capacities,

      FEDERAL NATIONAL MORTGAGE ASSOCIATION (FNMA),

      TIMOTHY J. MAYOPOULOS, Chief Executive of FNMA in his Corporate and Individual Capacities,

      STEPHEN A. GROOME, Judge - 11th District Court of Colorado

      ARTHUR R. SMITH, Senior Judge - Retired from Mesa County Court

      THE CASTLE LAW GROUP, LLC. (CLG),

      CYNTHIA LOWERY-GRABER, CLG Attorney,

      DEANNA WESTFALL, CLG Attorney,

      BRITNEY BEALL-EDER, CLG Attorney,

      CHRISTOPHER T. GROEN, CLG Attorney,

      LAWRENCE E. CASTLE, Chief Executive of CLG in his Corporate and Individual Capacities,

Defendants.

**ORDER ON MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT**

Whereas (1) the Plaintiff's obligations as a citizen required him to introduce new allegations of fact that have materialized subsequent to the filings of the Amended Complaints, and (2) no prejudice against the Defendants will result, Plaintiff's Motion for Leave to File the Supplemental Complaint is GRANTED.

Signed_____

Dated:_____.