IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:13-cv-03309-REB-KMT

MARTIN THOMAS WIRTH,

    Plaintiff,

v.

JOHN HICKENLOOPER, in his official capacity as Governor of Colorado,
JOHN SUTHERS, in his official capacity as Attorney General of Colorado,
STEPHEN A. GROOME, in his official capacity as 11th District Court Judge,
VICKI ARMSTRONG, in her official capacity as Public Trustee of Park County,
NATIONSTAR MORTGAGE, LLC,
LAWRENCE E. CASTLE, in his corporate and individual capacities,
THE CASTLE LAW GROUP, LLC,
MARY HAGER, and
FEDERAL NATIONAL MORTGAGE ASSOCIATION,

    Defendants.

---

## MOTION TO WITHDRAW APPEARANCE OF CHRISTOPHER T. GROEN

---

Pursuant to D.C.Colo.LAttyR 5(b), Christopher T. Groen of The Castle Law Group, LLC, hereby moves to withdraw as attorney of record for defendants Lawrence E. Castle and The Castle Law Group, LLC (collectively "Castle") and in support thereof states as follows:

    1.    Castle is currently represented in this case by Phillip A. Vaglica, of counsel, and Christopher T. Groen.

2. Good cause exists for the withdrawal of Christopher T. Groen as counsel for Castle because as of July 26, 2014 he will no longer be affiliated with The Castle Law Group, LLC.

3. Castle will continue to be represented by Phillip A. Vaglica, of counsel, and the withdrawal requested in this motion will have no effect upon Castle's ability to comply with its obligations in this case.  Pursuant to D.C.Colo.LAttyR 5(b), a copy of this motion will be served upon each counsel of record and Castle.

WHEREFORE, undersigned counsel respectfully requests that the court allow him to withdraw from representation of Castle in this matter.

Dated:  July 24, 2014.

THE CASTLE LAW GROUP, LLC

/s/ *Christopher T. Groen*
Christopher T. Groen
999 Eighteenth Street, Suite 2201
Denver, Colorado 80202
(303) 865-1400
Fax:  (303) 865-1410
Email: cgroen@cmsatty.com
Attorneys for The Castle Law Group, LLC and Lawrence E. Castle

## **CERTIFICATE OF SERVICE**

      I certify that on July 24, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **James P. Eckels**
  jeckels@bmas.com,rwhitaker@bmas.com,raccomazzo@bmas.com,madams@bmas.com
- **Herbert C. Phillips**
  hcphillips@hphclaw.com,ama@hphclaw.com,mla@hphclaw.com,vam@hphclaw.com
- **Jamie Grant Siler**
  jsiler@bmas.com,rwhitaker@bmas.com,madams@bmas.com,jeckels@bmas.com
- **Kathryn Anne Teresa Starnella**
  kathryn.starnella@state.co.us,debbie.bendell@state.co.us
- **Martin Thomas Wirth**
  martin.wirth@specialtywrench.com


      THE CASTLE LAW GROUP, LLC

      s/ *Colette Poeppel*
      Colette Poeppel, paralegal