**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**


Civil Action No.  1:13-cv-03309-REB-KMT

MARTIN THOMAS WIRTH,

      Plaintiff,

v.

JOHN HICKENLOOPER, in his official capacity as Governor of Colorado,
JOHN SUTHERS, in his official capacity as Attorney General of Colorado,
STEPHEN A. GROOME, in his official capacity as 11th District Court Judge,
VICKI  ARMSTRONG, in her official capacity as Public Trustee of Park County,
NATIONSTAR MORTGAGE, LLC,
LAWRENCE E. CASTLE, in his corporate and individual capacities,
THE CASTLE LAW GROUP, LLC,
MARY HAGER, and
FEDERAL NATIONAL MORTGAGE ASSOCIATION,

      Defendants.

---

**NOTICE OF WITHDRAWAL OF ATTORNEY OF RECORD**

---

      Christopher T. Groen of The Castle Law Group, LLC, hereby provides this notice of withdrawal as attorney of record for defendant Lawrence E. Castle and The Castle Law Group, LLC (collectively "Castle") and affirms to all counsel and parties of record:

      1.     Castle is currently represented in this case by Phillip A. Vaglica, of counsel, and Christopher T. Groen of The Castle Law Group, LLC;

      2.     Christopher T. Groen of The Castle Law Group, LLC wishes to withdraw as counsel of record for Castle because as of July 26, 2014 he will no longer be affiliated with The Castle Law Group, LLC; and

3.      Christopher T. Groen of The Castle Law Group, LLC is concurrently filing

a motion to withdraw as counsel of record for the Castle defendants.

Dated:  July 24, 2014.

THE CASTLE LAW GROUP, LLC

/s/ *Christopher T. Groen*
Christopher T. Groen
999 Eighteenth Street, Suite 2201
Denver, Colorado 80202
(303) 865-1400
Fax:  (303) 865-1410
Email: cgroen@cmsatty.com

## **CERTIFICATE OF SERVICE**

I certify that on July 24, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **James P. Eckels**
  jeckels@bmas.com,rwhitaker@bmas.com,raccomazzo@bmas.com,madams@bmas.com
- **Herbert C. Phillips**
  hcphillips@hphclaw.com,ama@hphclaw.com,mla@hphclaw.com,vam@hphclaw.com
- **Jamie Grant Siler**
  jsiler@bmas.com,rwhitaker@bmas.com,madams@bmas.com,jeckels@bmas.com
- **Kathryn Anne Teresa Starnella**
  kathryn.starnella@state.co.us,debbie.bendell@state.co.us
- **Martin Thomas Wirth**
  martin.wirth@specialtywrench.com


THE CASTLE LAW GROUP, LLC

s/ *Colette Poeppel*
 Colette Poeppel, paralegal