**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-03309-REB-KMT

MARTIN THOMAS WIRTH,

    Plaintiff,

v.

JOHN HICKENLOOPER, in his official capacity as Governor of Colorado, et al.,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

    The matter before me is the **Recommendation of United States Magistrate Judge** [#69],[1] filed June 23, 2014.  No objections having been filed to the recommendation, I review it only for plain error.  ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[2]  I find no error, much less plain error, in the magistrate judge's recommended disposition.  Even if all the usual requirements warranting the extraordinary remedy of a temporary restraining order were satisfied in this case – which they are not – the entry of such an

---

[1] "[#69]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

[2] This standard pertains even though plaintiff is proceeding *pro* se in this matter.  ***Morales-Fernandez***, 418 F.3d at 1122.  In addition, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers.  **See Erickson v. Pardus**, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing **Haines v. Kerner**, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).

order clearly is precluded by the *Rooker-Feldman* doctrine, as detailed in the recommendation. I therefore find and conclude that the magistrate judge's recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Recommendation of United States Magistrate Judge** [#69], filed June 23, 2014, is **APPROVED AND ADOPTED** as an order of this court; and

2. That plaintiff's **Emergency Motion for Temporary Restraining Order Pursuant to Rule 65(b)** [#62], filed June 2, 2014, is **DENIED**.

Dated August 13, 2014, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge