IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    13-cv-03309-REB-KMT

MARTIN THOMAS WIRTH,

    Plaintiff,

v.

JOHN HICKENLOOPER, et al

    Defendants.

---

## CERTIFICATE OF SERVICE

---

I certify that I have mailed a copy of the Certificate of Service to the named individuals below, and the following forms to the United States Marshal Service for service of process on Arthur R. Smith, Michelle Miller, Jay Bray, Federal National Mortgage Association (FNMA), Timothy J. Mayopoulous, Cynthia Lowery-Braber, Deanna Westfall, Britney Beall-Eder, Christopher T. Groen, Fred Wegener, and Mary Hager: FIFTH AMENDED COMPLAINT FILED 8/29/14, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on September 5, 2014.

Martin Thomas Wirth
**DELIVERED ELECTRONICALLY – VIA EMAIL**

Kathryn Anne Teresa Starnella
Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY – VIA EMAIL**

James P. Eckels and Jamie Grant Siler
Bloom Murr Accomazzo & Siler, PC
**DELIVERED ELECTRONICALLY – VIA EMAIL**

Christopher T. Groen and Phillip A. Vaglica
Castle Law Group, LLC
**DELIVERED ELECTRONICALLY – VIA EMAIL**

US Marshal Service
Service Clerk
Service forms for: Arthur R. Smith, Michelle Miller, Jay Bray, Federal National Mortgage Association (FNMA), Timothy J. Mayopoulous, Cynthia Lowery-Braber, Deanna Westfall, Britney Beall-Eder, Christopher T. Groen, Fred Wegener, and Mary Hager

                                          s/J. Fox
                                          Deputy Clerk