| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See Instructions for "Service of Process by the U.S. Marshal"*<br>*on the reverse of this form.* |
|---|---|
| **PLAINTIFF**<br>Martin Thomas Wirth | **COURT CASE NUMBER**<br>13-cv-03309-REB-KMT |
| **DEFENDANT**<br>John Hickenlooper, in his official capacity as Govenor of Colorado, et al | **TYPE OF PROCESS**<br>S/C |

| **SERVE ➡ AT** | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Arthur R. Smith, Senior Judge - Retired from Mesa County Court |
|---|---|
| | ADDRESS *(Street or RFD, Apartment No., City State and Zip Code)*<br>300 4th Street, Fairplay, CO 80440 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | Number of process to be served with this Form - 285 | 1 |
|---|---|---|
| Martin Thomas Wirth<br>36 Iris Drive<br>Bailey, CO 80421<br>303-816-1054<br>Email: martin.wirth@specialtywrench.com | Number of parties to be served in this case | 11 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

# PERSONAL SERVICE

| Signature of Attorney or other Originator requesting service on behalf of:  s/J. Fox<br>Deputy Clerk | __X__ PLAINTIFF<br>____ DEFENDANT | TELEPHONE NUMBER<br>303-844-3433 | DATE<br>9/05/2014 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I _____ have personally served, _____ have legal evidence of service, _____ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

_____ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served *(if not shown above)* | _____ A person of suitable age and discretion then residing in the defendant's usual place of adobe. | |
|---|---|---|
| Address *(complete only if different than shown above)* | Date of Service | Time   am<br>        pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

| PRIOR EDITIONS<br>MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|
| PLAINTIFF<br>Martin Thomas Wirth | COURT CASE NUMBER<br>13-cv-03309-REB-KMT |
| DEFENDANT<br>John Hickenlooper, in his official capacity as Govenor of Colorado, et al | TYPE OF PROCESS<br>S/C |

| SERVE ➡ AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Michelle Miller, In her Official Capacity as Public Trustee of Park County |
|---|---|
| | ADDRESS *(Street or RFD, Apartment No., City State and Zip Code)*<br>501 Main Street, Fairplay CO 80440 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | Number of process to be served with this Form - 285 | 2 |
|---|---|---|
| Martin Thomas Wirth<br>36 Iris Drive<br>Bailey, CO 80421<br>303-816-1054<br>Email: martin.wirth@specialtywrench.com | Number of parties to be served in this case | 11 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

# PERSONAL SERVICE

| Signature of Attorney or other Originator requesting service on behalf of:   s/J. Fox<br>Deputy Clerk | __X__ PLAINTIFF<br>____ DEFENDANT | TELEPHONE NUMBER<br>303-844-3433 | DATE<br>9/05/2014 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I _____ have personally served, _____ have legal evidence of service, _____ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

_____ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served *(if not shown above)* | _____ A person of suitable age and discretion then residing in the defendant's usual place of adobe. | | |
|---|---|---|---|
| Address *(complete only if different than shown above)* | Date of Service | Time | am<br>pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

| PRIOR EDITIONS<br>MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Martin Thomas Wirth | COURT CASE NUMBER<br>13-cv-03309-REB-KMT |
|---|---|
| DEFENDANT<br>John Hickenlooper, in his official capacity as Govenor of Colorado, et al | TYPE OF PROCESS<br>S/C |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jay Bray, Chief Executive of Nationstar in his Corporate and Individual Capacities

ADDRESS *(Street or RFD, Apartment No., City State and Zip Code)*
350 Highland Drive, Lewisville, TX 75067

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | | |
|---|---|---|
| Martin Thomas Wirth<br>36 Iris Drive<br>Bailey, CO 80421<br>303-816-1054<br>Email: martin.wirth@specialtywrench.com | Number of process to be served with this Form - 285 | 3 |
| | Number of parties to be served in this case | 11 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

# PERSONAL SERVICE

| Signature of Attorney or other Originator requesting service on behalf of:  s/J. Fox<br>Deputy Clerk | __X__ PLAINTIFF<br>____ DEFENDANT | TELEPHONE NUMBER<br>303-844-3433 | DATE<br>9/05/2014 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I _____ have personally served, _____ have legal evidence of service, _____ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

_____ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served *(if not shown above)* | _____ A person of suitable age and discretion then residing in the defendant's usual place of adobe. | |
|---|---|---|
| Address *(complete only if different than shown above)* | Date of Service | Time  am<br>pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges<br>(including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

| PRIOR EDITIONS<br>MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Martin Thomas Wirth | 13-cv-03309-REB-KMT |
| DEFENDANT | TYPE OF PROCESS |
| John Hickenlooper, in his official capacity as Govenor of Colorado, et al | S/C |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Federal National Mortgage Association (FNMA)

ADDRESS *(Street or RFD, Apartment No., City State and Zip Code)*
3900 Wisconsin Avenue, NW, Washington, DC 20016-2892

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Martin Thomas Wirth
36 Iris Drive
Bailey, CO 80421
303-816-1054

Email: martin.wirth@specialtywrench.com

| Number of process to be served with this Form - 285 | 4 |
|---|---|
| Number of parties to be served in this case | 11 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

# PERSONAL SERVICE

| Signature of Attorney or other Originator requesting service on behalf of: s/J. Fox Deputy Clerk | __X__ PLAINTIFF ____ DEFENDANT | TELEPHONE NUMBER 303-844-3433 | DATE 9/05/2014 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I _____ have personally served, _____ have legal evidence of service, _____ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

_____ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served *(if not shown above)* | _____ A person of suitable age and discretion then residing in the defendant's usual place of adobe. |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service / Time am pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Martin Thomas Wirth | COURT CASE NUMBER<br>13-cv-03309-REB-KMT |
|---|---|
| DEFENDANT<br>John Hickenlooper, in his official capacity as Govenor of Colorado, et al | TYPE OF PROCESS<br>S/C |

| SERVE ➡ AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Timothy J. Mayopoulos, Chief Executive of FNMA in his Corporate and Individual Capacities |
|---|---|
| | ADDRESS *(Street or RFD, Apartment No., City State and Zip Code)*<br>3900 Wisconsin Avenue, NW, Washington, DC 20016-2892 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:<br>Martin Thomas Wirth<br>36 Iris Drive<br>Bailey, CO 80421<br>303-816-1054<br>Email: martin.wirth@specialtywrench.com | Number of process to be served with this Form - 285 | 5 |
|---|---|---|
| | Number of parties to be served in this case | 11 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

# PERSONAL SERVICE

| Signature of Attorney or other Originator requesting service on behalf of: s/J. Fox<br>Deputy Clerk | __X__ PLAINTIFF<br>____ DEFENDANT | TELEPHONE NUMBER<br>303-844-3433 | DATE<br>9/05/2014 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I _____ have personally served, _____ have legal evidence of service, _____ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

_____ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served *(if not shown above)* | _____ A person of suitable age and discretion then residing in the defendant's usual place of adobe. | | |
|---|---|---|---|
| Address *(complete only if different than shown above)* | Date of Service | Time | am<br>pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

| PRIOR EDITIONS<br>MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF<br>Martin Thomas Wirth | COURT CASE NUMBER<br>13-cv-03309-REB-KMT |
|---|---|
| DEFENDANT<br>John Hickenlooper, in his official capacity as Govenor of Colorado, et al | TYPE OF PROCESS<br>S/C |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Cynthia Lowery-Graber, CLG Attorney

ADDRESS *(Street or RFD, Apartment No., City State and Zip Code)*
999 18th Street, Suite 2201, Denver, CO 80202

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | | |
|---|---|---|
| Martin Thomas Wirth<br>36 Iris Drive<br>Bailey, CO 80421<br>303-816-1054<br>Email: martin.wirth@specialtywrench.com | Number of process to be served with this Form - 285 | 6 |
| | Number of parties to be served in this case | 11 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

# PERSONAL SERVICE

| Signature of Attorney or other Originator requesting service on behalf of: **s/J. Fox**<br>Deputy Clerk | __X__ PLAINTIFF<br><br>____ DEFENDANT | TELEPHONE NUMBER<br>303-844-3433 | DATE<br>9/05/2014 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I _____ have personally served, _____ have legal evidence of service, _____ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

_____ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served *(if not shown above)* | _____ A person of suitable age and discretion then residing in the defendant's usual place of adobe. |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service / Time am pm<br>Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

| PRIOR EDITIONS<br>MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|
| PLAINTIFF<br>Martin Thomas Wirth | COURT CASE NUMBER<br>13-cv-03309-REB-KMT |
| DEFENDANT<br>John Hickenlooper, in his official capacity as Govenor of Colorado, et al | TYPE OF PROCESS<br>S/C |

| **SERVE** ➡ **AT** | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Deanna Westfall, CLG Attorney |
|---|---|
| | ADDRESS *(Street or RFD, Apartment No., City State and Zip Code)*<br>999 18th Street, Suite 2201, Denver, CO 80202 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | Number of process to be served with this Form - 285 | 7 |
|---|---|---|
| Martin Thomas Wirth<br>36 Iris Drive<br>Bailey, CO 80421<br>303-816-1054<br>Email: martin.wirth@specialtywrench.com | Number of parties to be served in this case | 11 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

# PERSONAL SERVICE

| Signature of Attorney or other Originator requesting service on behalf of: s/J. Fox<br>Deputy Clerk | __X__ PLAINTIFF<br>____ DEFENDANT | TELEPHONE NUMBER<br>303-844-3433 | DATE<br>9/05/2014 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ____ have personally served, ____ have legal evidence of service, ____ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

____ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served *(if not shown above)* | ____ A person of suitable age and discretion then residing in the defendant's usual place of adobe. |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service | Time | am<br>pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges<br>(including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

| PRIOR EDITIONS<br>MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. | |
|---|---|---|
| PLAINTIFF<br>Martin Thomas Wirth | COURT CASE NUMBER<br>13-cv-03309-REB-KMT | |
| DEFENDANT<br>John Hickenlooper, in his official capacity as Govenor of Colorado, et al | TYPE OF PROCESS<br>S/C | |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Britney Beall-Eder, CLG Attorney |
|---|---|
| | ADDRESS *(Street or RFD, Apartment No., City State and Zip Code)*<br>999 18th Street, Suite 2201, Denver, CO 80202 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | Number of process to be served with this Form - 285 | 8 |
|---|---|---|
| Martin Thomas Wirth<br>36 Iris Drive<br>Bailey, CO 80421<br>303-816-1054<br>Email: martin.wirth@specialtywrench.com | Number of parties to be served in this case | 11 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses*, All Telephone Numbers, and Estimated Times Available For Service):

# PERSONAL SERVICE

| Signature of Attorney or other Originator requesting service on behalf of: s/J. Fox<br>Deputy Clerk | __X__ PLAINTIFF<br>____ DEFENDANT | TELEPHONE NUMBER<br>303-844-3433 | DATE<br>9/05/2014 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ____ have personally served, ____ have legal evidence of service, ____ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

____ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served *(if not shown above)* | ____ A person of suitable age and discretion then residing in the defendant's usual place of adobe. | |
|---|---|---|
| Address *(complete only if different than shown above)* | Date of Service | Time   am<br>         pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

| PRIOR EDITIONS<br>MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>*See Instructions for "Service of Process by the U.S. Marshal"*<br>*on the reverse of this form.* |
|---|---|

| PLAINTIFF<br>Martin Thomas Wirth | COURT CASE NUMBER<br>13-cv-03309-REB-KMT |
|---|---|
| DEFENDANT<br>John Hickenlooper, in his official capacity as Govenor of Colorado, et al | TYPE OF PROCESS<br>S/C |

**SERVE ➡ AT**

| NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Christopher T. Groen, CLG Attorney |
|---|
| ADDRESS *(Street or RFD, Apartment No., City State and Zip Code)*<br>999 18th Street, Suite 2201, Denver, CO 80202 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | Number of process to be served with this Form - 285 | 9 |
|---|---|---|
| Martin Thomas Wirth<br>36 Iris Drive<br>Bailey, CO 80421<br>303-816-1054 | Number of parties to be served in this case | 11 |
| Email: martin.wirth@specialtywrench.com | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

# **PERSONAL SERVICE**

| Signature of Attorney or other Originator requesting service on behalf of: s/J. Fox<br>Deputy Clerk | __X__ PLAINTIFF<br>____ DEFENDANT | TELEPHONE NUMBER<br>303-844-3433 | DATE<br>9/05/2014 |
|---|---|---|---|

## **SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I _____ have personally served, _____ have legal evidence of service, _____ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

_____ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served *(if not shown above)* | _____ A person of suitable age and discretion then residing in the defendant's usual place of adobe. | | |
|---|---|---|---|
| Address *(complete only if different than shown above)* | Date of Service | Time | am<br>pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

| PRIOR EDITIONS<br>MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|
| **PLAINTIFF**<br>Martin Thomas Wirth | **COURT CASE NUMBER**<br>13-cv-03309-REB-KMT |
| **DEFENDANT**<br>John Hickenlooper, in his official capacity as Govenor of Colorado, et al | **TYPE OF PROCESS**<br>S/C |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Fred Wegener, Individually and in his Official Capacities |
|---|---|
| | ADDRESS *(Street or RFD, Apartment No., City State and Zip Code)*<br>1180 County Road 16, Fairplay, CO 80440 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | | |
|---|---|---|
| Martin Thomas Wirth<br>36 Iris Drive<br>Bailey, CO 80421<br>303-816-1054<br><br>Email: martin.wirth@specialtywrench.com | Number of process to be served with this Form - 285 | 10 |
| | Number of parties to be served in this case | 11 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

## PERSONAL SERVICE

| Signature of Attorney or other Originator requesting service on behalf of:   s/J. Fox<br>Deputy Clerk | __X__ PLAINTIFF<br><br>____ DEFENDANT | TELEPHONE NUMBER<br>303-844-3433 | DATE<br>9/05/2014 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ____ have personally served, ____ have legal evidence of service, ____ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

____ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served *(if not shown above)* | ____ A person of suitable age and discretion then residing in the defendant's usual place of adobe. | |
|---|---|---|
| Address *(complete only if different than shown above)* | Date of Service | Time       am<br>            pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges<br>(including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

| PRIOR EDITIONS<br>MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Martin Thomas Wirth | 13-cv-03309-REB-KMT |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| John Hickenlooper, in his official capacity as Govenor of Colorado, et al | S/C |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Mary Hager, Individually

ADDRESS *(Street or RFD, Apartment No., City State and Zip Code)*
25577 Conifer Road, Suite 201, Conifer, CO 80433

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Martin Thomas Wirth
36 Iris Drive
Bailey, CO 80421
303-816-1054

Email: martin.wirth@specialtywrench.com

| Number of process to be served with this Form - 285 | 11 |
|---|---|
| Number of parties to be served in this case | 11 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

# PERSONAL SERVICE

| Signature of Attorney or other Originator requesting service on behalf of: s/J. Fox Deputy Clerk | X PLAINTIFF ___ DEFENDANT | TELEPHONE NUMBER 303-844-3433 | DATE 9/05/2014 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ____ have personally served, ____ have legal evidence of service, ____ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

____ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served *(if not shown above)* | ____ A person of suitable age and discretion then residing in the defendant's usual place of adobe. |
|---|---|

| Address *(complete only if different than shown above)* | Date of Service | Time | am pm |
|---|---|---|---|
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|