**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:13-cv-03309-REB-KMT

MARTIN THOMAS WIRTH,

    Plaintiff,

v.

JOHN HICKENLOOPER, in his official capacity as Governor of Colorado,
STEPHEN A. GROOME, in his official capacity as 11th District Court Judge,
ARTHUR R. SMITH, Senior Judge – Retired from Mesa County Court,
MICHELLE MILLER, In her Official Capacity as Public Trustee of Park County,
NATIONSTAR MORTGAGE, LLC (Nationstar),
JAY BRAY, Chief Executive of Nationstar in his Corporate and Individual Capacities,
FEDERAL NATIONAL MORTGAGE ASSOCIATION (FNMA),
TIMOTHY J. MAYOPOULOS, Chief Executive of FNMA in his Corporate and Individual
    Capacities,
THE CASTLE LAW GROUP, LLC. (CLG),
CYNTHIA LOWERY-GRABER, CLG Attorney,
DEANNA WESTFALL, CLG Attorney,
BRITNEY BEALL –EDER, CLG Attorney,
CHRISTOPHER T. GROEN, CLG Attorney,
LAWRENCE E. CASTLE, Chief Executive of CLG in his corporate and individual
    Capacities,
FRED WEGENER, Individually and in his Official Capacities,
MARY HAGER, Individually,

    Defendants.

---

**MOTION FOR A SEVEN (7) DAY ENLARGEMENT OF TIME WITHIN WHICH TO FILE
A RESPONSE TO PLAINTIFF'S FIFTH AMENDED COMPLAINT**

---

Defendants The Castle Law Group, LLC, Cynthia Lowery-Graber, Deanna Westfall, Britney Beall-Eder, Christopher T. Groen and Lawrence E. Castle, in his corporate and individual capacities (collectively "CLG Parties"), through their attorneys

The Castle Law Group, LLC, by Phillip A. Vaglica, of counsel, and pursuant to Fed.R.Civ.P. 6(b), submit their motion for a seven (7) day enlargement of time to file a response to plaintiff's Fifth Amended Complaint [#76] ("Complaint") in this action. In support thereof, the CLG Parties set forth as follows:

## I. CERTIFICATION (D.C. COLO.LCivR 7.1A)

The undersigned has attempted to confer with the plaintiff by telephone at the number of record numerous times, but was unable to speak with him or leave a message. Additionally, staff for the undersigned sent the plaintiff email communications at the email of record in an attempt to confer, but the plaintiff has not responded to the emails as of the filing of this motion.

## II. PROCEDURAL POSTURE

1. The plaintiff filed his Fifth Amended Complaint on August 29, 2014. [#76.]

2. The CLG Parties response is currently due September 12, 2014.

## III. ARGUMENT

3. Since the filing of the Complaint, the undersigned has been required to deal with a high volume of matters (outlined below) which have taken and will take a substantial amount of counsel's time in the next several days.[1]

   Those matters include the following:

   a. a response to a motion for sanctions due on August 29, 2014 in JPMorgan Chase v. Kim, et al., 2014CV030101 (Eagle County District Court);

---

[1] The undersigned recognizes this Court's requirement that a motion for extension be filed no later than **three (3)** business days prior to the date the paper to which the extension applies is due. Although the undersigned has diligently been working on the matters listed in this motion, as well as a Fed.R.Civ.P. 12(b)(6) in the instant case, he simply ran out of time.

2

b.   a response to a motion for relief from judgment or order due on September 3, 2014 in Brumfiel v. US Bank, et al., 12-cv-02716-WJM-MEH (United States District Court / Colorado);

c.   a response to a subpoena to produce set for September 12, 2014 in CMS Investment Holdings, LLC v. Wilson-Harvey, et al., 2014CV31093 (Denver County District Court);

d.   an attorney fees affidavit and proposed form of judgment due on September 12, 2014 in Green Tree Servicing v. Pierce, et al., 2014CV30038 (Elbert County District Court);

e.   an all day medical procedure scheduled for September 12, 2014;

f.   a hearing in Eagle County on September 15, 2014 at 1:00 p.m. in JPMorgan Chase v. Kim, et al., 2014CV030101 (Eagle County District Court);

g.   a response to multiple subpoenas to produce set for a hearing on September 16, 2014 in JPMorgan Chase v. Wheeler, 2014CV31490 (El Paso County District Court);

h.   a response to a show cause order due on September 18, 2014 in JPMorgan Chase v. Kim, et al., 2014CV030101 (Eagle County District Court);

i.   a motion for attorney fees due on September 19, 2014 in Brumfiel v. US Bank, et al., 12-cv-02716-WJM-MEH (United States District Court / Colorado);

j.   an answer brief due in US Bank, et al. v. Brumfiel on September 26, 2014, 14CA464 (Colorado Court of Appeals);

k.   post-settlement issues in Stapp v. PHH which must be dealt with immediately in 13-cv00041-MSK-MEH (United States District Court / Colorado); and

l.   a *pro hac* application and response in an action recently filed against The Castle Law Group in New Mexico state court in D-202-CV-2014-03041 alleging, *inter alia*, fraud and racketeering.

As a result of the above matters, the undersigned will require additional time to prepare

3

a response to the Complaint.

4. This is the first extension of time sought by the CLG Parties as to this matter pursuant to D.C.COLO.LCivR 6.1(b).  The extension of time requested herein will not prejudice any party, and the extension is not sought so as to delay these proceedings.

WHEREFORE,  the CLG Parties request that they be granted an enlargement of time of seven (7) days through and including  September 19, 2014, within which to file their response to the plaintiff's Fifth Amended Complaint.

RESPECTFULLY SUBMITTED this 10th day of September, 2014.

        THE CASTLE LAW GROUP, LLC

        /s/ Phillip A. Vaglica
        Phillip A. Vaglica, of counsel
        999 Eighteenth Street, Suite 2201
        Denver, Colorado 80202
        (303) 865-1400
        Fax:  (303) 865-1410
        vaglica@vaglica.com; pvaglica@cmsatty.com

        Attorneys for Defendants Lawrence E. Castle, and
        The Castle Law Group, LLC

## CERTIFICATE OF SERVICE

I certify that on September 10, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **James P. Eckels**
  jeckels@bmas.com,rwhitaker@bmas.com,raccomazzo@bmas.com,madams@bmas.com
- **Herbert C. Phillips**
  hcphillips@hphclaw.com,ama@hphclaw.com,mla@hphclaw.com,vam@hphclaw.com
- **Jamie Grant Siler**
  jsiler@bmas.com,rwhitaker@bmas.com,madams@bmas.com,jeckels@bmas.com
- **Kathryn Anne Teresa Starnella**
  kathryn.starnella@state.co.us,debbie.bendell@state.co.us
- **Martin Thomas Wirth**
  martin.wirth@specialtywrench.com

and hand delivered copies to:

Lawrence E. Castle,
The Castle Law Group, LLC


THE CASTLE LAW GROUP, LLC

*s/ Colette Poeppel*
Colette Poeppel, paralegal