# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13–cv–03309–REB–KMT

MARTIN THOMAS WIRTH,

Plaintiff,

v.

JOHN HICKENLOOPER, *et al*,

    Defendant.

---

## **UNOPPOSED** MOTION FOR EXTENSION OF TIME TO RESPOND TO FIFTH AMENDED COMPLAINT

---

Defendant, Nationstar Mortgage, LLC ("Nationstar"), through its attorneys, Bloom Murr Accomazzo & Siler, PC, hereby submits its Unopposed Motion for Extension of Time to Respond to the Fifth Amended Complaint filed by plaintiff Martin T. Wirth, and in support of its motion, states as follows:

<u>D.C.Colo.LCivR 7.1</u>:   Undersigned counsel for Nationstar has conferred with plaintiff Martin T. Wirth, who does not oppose the relief requested herein.

    1.    Plaintiff's Fifth Amended Complaint was filed on August 29, 2014 and served on Nationstar electronically via CM/ECF.  Pursuant to F.R.C.P. 15(a)(3) and F.R.C.P. 6(d), Nationstar's current deadline to file an answer or otherwise respond to Mr. Wirth's Fifth Amended Complaint is thus September 15, 2014.

    2.    The complaint is 34 pages, contains 92 paragraphs, and asserts 10 claims for relief.  Nationstar is currently analyzing and researching the allegations of the Fifth

Amended Complaint, but requires additional time to adequately respond to the same.

3. Further, undersigned counsel understands (from communications with plaintiff and the filings by the Deputy Clerk of the Court) that U.S. Marshall service forms have been delivered to the U.S. Marshall and that the U.S. Marshall is in the process of serving the Fifth Amended Complaint on several other named defendants—Jay Bray, Federal National Mortgage Association (FNMA), and Timothy Mayopoulos (the "Other Named Defendants").

4. These Other Named Defendants have not previously been served with process herein, but would be represented by undersigned counsel in this matter if they were properly made parties to this case. Moreover, Nationstar and the Other Named Defendants share a common interest in this matter, as Nationstar is the loan servicer for FNMA, the investor of the subject loan, and Jay Bray and Timothy Mayopoulos are officers of Nationstar and FNMA, respectively.

5. In light of the foregoing, and in order to reduce unnecessary and duplicitous filings, Nationstar respectfully requests it be permitted to file its response to the Fifth Amended Complaint jointly with the Other Named Defendants 30 days from the date the last of the Other Named Defendants is served with the Fifth Amended Complaint.

6. Alternatively, Nationstar respectfully requests that its deadline to respond to the Fifth Amended Complaint be extended to October 6, 2014, which date is 30 days from the date the U.S. Marshal Service forms were delivered to the U.S. Marshall for service upon the Other Named Defendants.

7. Pursuant Fed. R. Civ. P. 6(b), "the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."

8. For the reasons stated herein, this motion was timely filed, and good cause exists for extending Nationstar's deadline to respond to the Fifth Amended Complaint.

9. Pursuant to D.C.Colo.L.Civ.R. 6.1(C), undersigned counsel certifies a copy of this motion will be provided to Nationstar.

WHEREFORE, Nationstar respectfully requests that the Court enter an order permitting Nationstar to jointly respond to the Fifth Amended Complaint with the Other Named Defendants 30 days from the date the last of the Other Named Defendants is served with the Fifth Amended Complaint, or alternatively, extending Nationstar's response deadline to October 6, 2014, and grant such other relief as the Court deems proper.

Dated this 11th day of September, 2014.

Respectfully submitted,

BLOOM MURR ACCOMAZZO & SILER, PC

 s/ James P. Eckels
Jamie G. Siler, Colorado Bar No.: 31284
James P. Eckels, Colorado Bar No.: 40858
410 Seventeenth Street, Suite 2400
Denver, Colorado  80202
Telephone:  (303) 534-2277
jeckels@bmas.com
*Attorneys for Nationstar Mortgage LLC*

**CM/ECF CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 11th day of September, 2014, the foregoing **UNOPPOSED** **MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** was filed and served electronically via CM/ECF, upon the following:

Kathryn Anne Teresa Starnella
Colorado Attorney General's Office
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203

Phillip A. Vaglica
Christopher T. Groen
The Castle Law Group, LLC
999 Eighteenth Street, Suite 2201
Denver, Colorado 80202

Martin Thomas Wirth
36 Iris Drive
Bailey, CO 80421
*Pro Se*

*s/Mark S. Adams*
Mark S. Adams, paralegal