IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13–cv–03309–REB–KMT

MARTIN THOMAS WIRTH,

Plaintiff,

v.

JOHN HICKENLOOPER, *et al*,

    Defendant.

**ORDER RE: <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO RESPOND TO FIFTH AMENDED COMPLAINT**

THE COURT, having reviewed the Unopposed Motion for Extension of Time to Respond to the Fifth Amended Complaint filed by defendant Nationstar Mortgage, LLC (the "Motion"), and being sufficiently advised in its premises and finding good cause therefore,

IT IS HEREBY ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED THAT

☐ Nationstar shall respond to the Fifth Amended Complaint within thirty days of service of the Fifth Amended Complaint on last of the following defendants named therein: Jay Bray, Federal National Mortgage Association (FNMA), and Timothy Mayopoulos.

☐ Nationstar shall have until October 6, 2014 to respond to the Fifth Amended Complaint.

Dated this ____ day of _____, 2014.

                                        BY THE COURT

                                        _____

                                        District Court Judge