703930      12/18/2013 12:15 PM   Debra A Green
1 of 9   PCOP  R$51.00  D$0.00   Park County Clerk

## PUBLIC TRUSTEE'S CERTIFICATE OF PURCHASE
### CRS §38-38-401
### Public Trustee Foreclosure Sale No. 2013-0051

I, the undersigned Public Trustee, certify that pursuant to the power and authority vested in me by law and by the Deed of Trust described as follows:

| | |
|---|---|
| Original Grantor(s) | Martin T. Wirth |
| Original Beneficiary(ies) | Mortgage Electronic Registration Systems, Inc., as nominee for Countrywide Home Loans, Inc. |
| Current Holder of Evidence of Debt | Nationstar Mortgage LLC |
| Date of Deed of Trust | January 18, 2002 |
| County of Recording | Park |
| Recording Date of Deed of Trust | January 29, 2002 |
| Recording Information (Reception Number) | 569414 |
| Original Principal Amount | $138,000.00 |

AND, upon Notice of Election and Demand being filed with me and recorded in said County as follows:

| | |
|---|---|
| Recording Date of Notice of Election and Demand | June 05, 2013 |
| Recording Reception No | 698928 |

Pursuant to §38-38-103, I first mailed a Combined Notice to the original grantor(s) of said Deed of Trust and to any persons required to be notified by CRS §38-38-100.3, §38-38-103, and §38-38-305. I further published the Combined Notice in PARK COUNTY REPUBLICAN AND FAIRPLAY FLUME, a newspaper of general circulation in said Park County as prescribed by law.

AND, on December 18, 2013 at 10:00 A.M., I exposed to public sale the property situate in the aforesaid Park County, State of Colorado, described as follows:

SEE EXHIBIT A ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE

Also known by street and number as: 36 Iris Drive, Bailey, CO 80421-2316

THE PROPERTY DESCRIBED HEREIN IS ALL OF THE PROPERTY ENCUMBERED BY THE LIEN OF THE DEED OF TRUST.

At said sale, Nationstar Mortgage LLC, hereinafter "Purchaser", whose legal address is 350 Highland Dr., Lewisville, TX 75067, bid the sum of $133,818.99 for said property. Being the highest and best bid received therefor, the said property was struck off and sold to the said Purchaser. Unless a redemption is made, the said Purchaser or assignee of the Certificate of Purchase shall be entitled to a confirmation deed for said property at the end of all redemption periods allowed by law to all subsequent lienors, and other persons entitled to redeem.

A copy of the executed Order Authorizing Sale and the Mailing List(s) submitted to the Public Trustee for this foreclosure are attached to and made a part of this Certificate of Purchase.

The public trustee shall retain the recorded certificate of purchase in the public trustee's records.
Executed on: December 18, 2013    Michelle A. Miller, Public Trustee in and for the County of Park, State of Colorado

_Vicki Armstrong_
By: Vicki Armstrong, Chief Deputy Public Trustee

When Recorded Return to: Park County Public Trustee

© Public Trustees' Association of Colorado Revised 6-2013

**EXHIBIT A**

```
703930           12/18/2013 12:15 PM   Debra A Green
2 of 9   PCOP  R$51.00  D$0.00   Park County Clerk
```

## LEGAL DESCRIPTION EXHIBIT A

LOT 53,
FRIENDSHIP RANCH UNIT 2,

AND

A PART OF THE SOUTH 1/2 OF SECTION 8, TOWNSHIP 7 SOUTH, RANGE 72 WEST OF THE 6TH P.M., DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE SOUTHERLY BOUNDARY OF FRIENDSHIP RANCH UNIT 2 THENCE THE SOUTH 1/4 CORNER OF SAID SECTION 8 BEARS SOUTH 0 DEGREES 25 MINUTES EAST, 510 FEET;
THENCE SOUTH 53 DEGREES 17 MINUTES EAST, ALONG SAID BOUNDARY, 476 FEET TO THE MOST SOUTHERLY CORNER OF SAID LOT 54 IN SAID SUBDIVISION;
THENCE SOUTH 78 DEGREES 31 MINUTES WEST, 532.44 FEET;
THENCE NORTH 00 DEGREES 25 MINUTES WEST, 388.91 FEET TO A POINT ON THE SOUTH BOUNDARY OF SAID SUBDIVISION;
THENCE NORTH 89 DEGREES 29 MINUTES 30 SECONDS EAST, ALONG SAID BOUNDARY, 143.16 FEET TO THE POINT OF BEGINNING,

EXCEPT THE WEST OR WESTERLY 60 FEET THEREOF CONVEYED BY DEED RECORDED IN BOOK 217 AT PAGE 570.

COUNTY OF PARK,
STATE OF COLORADO

703930     12/18/2013 12:15 PM   Debra A Green
3 of 9   PCOP  R$51.00  D$0.00   Park County Clerk

13-03477

Nationstar Mortgage LLC
350 Highland Dr.
Lewisville, TX 75067

The Castle Law Group, LLC
999 18th Street, Suite 2201
Denver, CO 80202

Owner
36 Iris Drive
Bailey, CO 80421-2316

Occupant
36 Iris Drive
Bailey, CO 80421-2316

Lessee
36 Iris Drive
Bailey, CO 80421-2316

Martin T. Wirth
36 Iris Drive
Bailey, CO 80421-2316

Countrywide Home Loans, Inc.
MSN SV-79 / Document Control Dept
PO Box 10266
Van Nuys, CA 91410-0266

Countrywide Home Loans, Inc.
4500 Park Granada
Calabasas, CA 91302-1613

Bank of America, N.A.
PO Box 10232
Simi Valley, CA 93065-6298

Bank of America, N.A.
400 Countrywide Way
SV 35
Simi Valley, CA 93065-6298

Bank of America, N.A.
Attn: CA6-919-02-41
400 National Way
Simi Valley, CA 93065

Asset Acceptance LLC
c/o Law Offices of Irvin Borenstien

703930         12/18/2013 12:15 PM   Debra A Green
4 of 9   PCOP  R$51.00  D$0.00   Park County Clerk

3025 South Parker Road / Tower II, Suite #711
Aurora, CO 80014

Law Offices of Irvin Borenstein
The Market Place, 3025 South Parker Road / Tower II, Suite #711
Aurora, CO 80014

The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Benefit of the
Certificateholders of the CWHEQ Inc., CWHEQ Revolving Homeequity Loan Trust, Series 2007-G
c/o BAC, M/C: CA6-914-01-43
1800 Tapo Canyon Road
Simi Valley, CA 93063

In the event you do not receive a separate Amended Mailing List from our office at least 60 days prior to the first scheduled sale date, you are instructed to mail a Combined Notice as described in C.R.S. 38-38-103 (4) to the persons set forth in the Mailing List as defined by C.R.S. 38-38-100.3 (14).

703930          12/18/2013 12:15 PM   Debra A Green
5 of 9   PCOP  R$51.00  D$0.00   Park County Clerk

# 1st AMENDED MAILING LIST

July 9, 2013

13-03477
2013-0051
Park County
October 2, 2013

Nationstar Mortgage LLC
350 Highland Dr.
Lewisville, TX 75067

The Castle Law Group, LLC
999 18th Street, Suite 2201
Denver, CO 80202

Owner
36 Iris Drive
Bailey, CO 80421-2316

Occupant
36 Iris Drive
Bailey, CO 80421-2316

Lessee
36 Iris Drive
Bailey, CO 80421-2316

Martin T. Wirth
36 Iris Drive
Bailey, CO 80421-2316

Countrywide Home Loans, Inc.
4500 Park Granada
Calabasas, CA 91302-1613

Countrywide Home Loans, Inc.
MSN SV-79 / Document Control Dept
PO Box 10266
Van Nuys, CA 91410-0266

Bank of America, N.A.
Attn: CA6-919-02-41
400 National Way
Simi Valley, CA 93065

Bank of America, N.A.
400 Countrywide Way
SV 35
Simi Valley, CA 93065-6298

Bank of America, N.A.
PO Box 10232
Simi Valley, CA 93065-6298

Asset Acceptance LLC
c/o Law Offices of Irvin Borenstien
3025 South Parker Road / Tower II, Suite #711
Aurora, CO 80014

Law Offices of Irvin Borenstein
The Market Place, 3025 South Parker Road / Tower II,
Suite #711
Aurora, CO 80014

Page 1 of 2

703930    12/18/2013 12:15 PM   Debra A Green
6 of 9   PCOP  R$51.00  D$0.00   Park County Clerk

The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Benefit of the Certificateholders of the CWHEQ Inc., CWHEQ Revolving Homeequity Loan Trust, Series 2007-G
c/o BAC, M/C: CA6-914-01-43
1800 Tapo Canyon Road
Simi Valley, CA 93063

\*

Bank of America, N.A.
c/o CoreLogic - Mail Stop: ASGN
1 CoreLogic Drive
Westlake, TX 76262-9823

703930        12/18/2013 12:15 PM    Debra A Green
7 of 9   PCOP  R$51.00  D$0.00   Park County Clerk

| DISTRICT COURT, PARK COUNTY, COLORADO | |
|---|---|
| Court Address: <br> P.O. Box 190, 300 Fourth Street, Fairplay, CO, 80440 | DATE FILED: December 3, 2013 2:08 PM <br> CASE NUMBER: 2013CV30104 |
| Plaintiff(s) NATIONSTAR MORTGAGE LLC | |
| v. <br> Defendant(s) MARTIN T WIRTH | |
| | ⚠ COURT USE ONLY ⚠ |
| | Case Number: 2013CV30104 <br> Division: B     Courtroom: |
| Order: Order Re: Order Authorizing Sale | |

The motion/proposed order attached hereto: GRANTED.


Issue Date: 12/3/2013

*[signature]*

STEPHEN A GROOME
District Court Judge


2013-0051

Page 1 of 1

703930          12/18/2013 12:15 PM   Debra A Green
8 of 9   PCOP  R$51.00  D$0.00   Park County Clerk

| DISTRICT COURT, PARK COUNTY, COLORADO<br>Court Address: 300 4th St., P.O. Box 190<br>Fairplay, CO 80440 | |
|---|---|
| IN THE MATTER OF THE MOTION OF NATIONSTAR MORTGAGE LLC FOR AN ORDER AUTHORIZING THE PUBLIC TRUSTEE TO SELL CERTAIN REAL ESTATE UNDER A POWER OF SALE CONTAINED WITHIN A DEED OF TRUST | ▲COURT USE ONLY▲<br><br>Case Number: 2013CV030104<br><br><br><br>Division: B |
| ORDER AUTHORIZING SALE | |

THE REVIEW AND HEARING IN THIS MATTER having been completed by the Court on December 2, 2013:

WHEREAS, Martin T. Wirth, Grantor(s) by Deed of Trust dated January 18, 2002, recorded January 29, 2002 at Reception No. 560414 in the records of the County of Park, Colorado, to secure to Mortgage Electronic Registration Systems, Inc., as nominee for Countrywide Home Loans, Inc. the payment of a Promissory Note of even date therewith for the principal sum of $138,000.00 as provided in said Deed of Trust, conveyed to the Park County Public Trustee, on the terms set forth in said Note and Deed of Trust, the following described real property ("Property") situate in said County to-wit:

**SEE EXHIBIT A ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE.**

**WHICH HAS THE ADDRESS OF 36 Iris Drive Bailey, CO 80421-2316**

THE COURT FINDS that there is reasonable probability that: a default exists as alleged in the Motion in order to invoke the power of sale in said Deed of Trust; that the provisions of C.R.C.P. Rule 120 and the Servicemembers Civil Relief Act, as amended, have been complied with; that the venue in this action is proper; and that the order authorizing sale should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that a sale of the Property by the Public Trustee in the above said County in the State of Colorado, under a power of sale, pursuant to statute and the provisions of that certain Deed of Trust described above, be and the same hereby is authorized by this Court.

It is further ordered that a return of such sale shall be made to this Court for its approval.

2013-0051

703930          12/18/2013 12:15 PM    Debra A Green
9 of 9   PCOP  R$51.00  D$0.00   Park County Clerk

DONE this Second day of December, 2013

BY THE COURT:

_____
Judge/Magistrate

With / 13-03477

2013-0051