704249     1/8/2014 5:07 PM     Debra A Green
1 of 2   CONFI R$16.00 D$0.00   Park County Clerk

# CONFIRMATION DEED

## (CRS §38-38-502)

### Public Trustee's Foreclosure Sale No. 2013-0051

THIS DEED is made January 8, 2014 between Michelle A. Miller as the Public Trustee in and for the County of Park, State of Colorado, grantor and Nationstar Mortgage LLC, grantee, the holder of the certificate of purchase whose legal address is 350 Highland Dr., Lewisville, TX 75067.

WHEREAS, the Grantor(s) described below did convey to the public trustee, in trust, the property hereinafter described to secure the payment of the indebtedness provided in said deed of trust:

| | |
|---|---|
| Original Grantor(s) | Martin T. Wirth |
| Original Beneficiary(ies) | Mortgage Electronic Registration Systems, Inc., as nominee for Countrywide Home Loans, Inc. |
| Current Holder of Evidence of Debt | Nationstar Mortgage LLC |
| Date of Deed of Trust | January 18, 2002 |
| County of Recording | Park |
| Recording Date of Deed of Trust | January 29, 2002 |
| Recording Information (Reception Number) | 560414 |

WHEREAS, a violation was made in certain of the terms and covenants of said deed of trust as shown by the notice of election and demand for sale filed with the Public Trustee; the said property was advertised for public sale at the place and in the manner provided by law and by said deed of trust; combined notice of sale and right to cure and redeem was given as required by law; said property was sold according to said combined notice; and a certificate of purchase thereof was made and recorded in the office of said county Clerk and Recorder, and

WHEREAS, all periods of redemption have expired.

NOW, THEREFORE, the Public Trustee, pursuant to the power and authority vested by law and by the said deed of trust, confirms the foreclosure sale and sells and conveys to grantee the following described property located in the County of Park, State of Colorado, to wit:

SEE EXHIBIT A ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE

Also known by street and number as: 36 Iris Drive, Bailey, CO 80421-2316

**THE PROPERTY DESCRIBED HEREIN IS ALL OF THE PROPERTY CURRENTLY ENCUMBERED BY THE LIEN OF THE DEED OF TRUST.**

To have and to hold the same, with all appurtenances, forever.

Executed on: January 08, 2014

Michelle A. Miller, Public Trustee in and for the County of Park, State of Colorado

*/s/ Vicki Armstrong*

By: Vicki Armstrong, Chief Deputy Public Trustee

When Recorded Return to: Park County Public Trustee

© Public Trustees' Association of Colorado Revised 6/2011

**EXHIBIT B**

704249        1/8/2014 5:07 PM      Debra A Green
2 of 2   CONFI R$16.00  D$0.00   Park County Clerk

## LEGAL DESCRIPTION EXHIBIT A

LOT 53,
FRIENDSHIP RANCH UNIT 2,

AND

APART OF THE SOUTH 1/2 OF SECTION 8, TOWNSHIP 7 SOUTH, RANGE 72 WEST OF THE 6TH P.M., DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE SOUTHERLY BOUNDARY OF FRIENDSHIP RANCH UNIT 2 THENCE THE SOUTH 1/4 CORNER OF SAID SECTION 8 BEARS SOUTH 0 DEGREES 25 MINUTES EAST, 510 FEET;
THENCE SOUTH 53 DEGREES 17 MINUTES EAST, ALONG SAID BOUNDARY, 476 FEET TO THE MOST SOUTHERLY CORNER OF SAID LOT 54 IN SAID SUBDIVISION;
THENCE SOUTH 78 DEGREES 31 MINUTES WEST, 532.44 FEET;
THENCE NORTH 00 DEGREES 25 MINUTES WEST, 388.91 FEET TO A POINT ON THE SOUTH BOUNDARY OF SAID SUBDIVISION;
THENCE NORTH 89 DEGREES 29 MINUTES 30 SECONDS EAST, ALONG SAID BOUNDARY, 143.16 FEET TO THE POINT OF BEGINNING.

EXCEPT THE WEST OR WESTERLY 60 FEET THEREOF CONVEYED BY DEED RECORDED IN BOOK 217 AT PAGE 570.

COUNTY OF PARK,
STATE OF COLORADO