| | |
|---|---|
| COUNTY COURT, PARK COUNTY, COLORADO<br>Court Address: Park County Courthouse 300 4th St., P.O.<br>Box 190<br>Fairplay, CO 80440 | |
| **Plaintiff(s):**<br>FEDERAL NATIONAL MORTGAGE ASSOCIATION<br><br>**Defendant(s):**<br>MARTIN T. WIRTH, and any and all other occupants claiming an interest under the defendants | ▲ COURT USE ONLY ▲ |
| Attorney for Plaintiff:<br><br>**THE CASTLE LAW GROUP, LLC**<br>Address: 999 18th Street, Suite 2201<br>Denver, CO 80202<br>Phone Number: (303) 865-1400<br>FAX Number: (303) 865-1410<br>E-mail: dwestfall@cmsatty.com<br>bbeall-eder@cmsatty.com<br>cgroen@cmsatty.com<br>cgraber@cmsatty.com<br>Atty. Reg. # 23449 (Deanna Westfall)<br>34935 (Britney Beall-Eder)<br>39976 Christopher T. Groen)<br>34145 (Cynthia Lowery-Graber) | |
| **VERIFIED COMPLAINT IN UNLAWFUL DETAINER** | |

The Plaintiff, named above, states and alleges as follows:

1. The Plaintiff is the owner of the property commonly known and numbered as 36 Iris Drive, Bailey, CO 80421-2316, including any and all outbuildings, and more particularly described as:

> SEE EXHIBIT A ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE (the "Property").

**EXHIBIT E**

2. The Property was secured by a Deed of Trust dated January 18, 2002, and recorded January 29, 2002, at Reception No. 560414, in the records of the Clerk and Recorder, County of Park, State of Colorado.

3. The Deed of Trust granted a power of sale to the Public Trustee of the County of Park, State of Colorado. The Property was sold to Nationstar Mortgage LLC at a Public Trustee's Sale on December 18, 2013. A Certificate of Purchase was issued to Nationstar Mortgage LLC.

4. On January 7, 2014, all applicable redemption periods expired, vesting title to the Property in Nationstar Mortgage LLC.

5. On January 8, 2014, the Confirmation Deed was issued and vested title to Nationstar Mortgage LLC, a copy of which is attached and incorporated herein as *Exhibit A*.

6. On March 24, 2014, the Special Warranty Deed was recorded and vested title to Plaintiff, a copy of which is attached and incorporated herein as *Exhibit B*.

7. Plaintiff demanded possession of the Property by a formal written demand, a copy of which is attached and incorporated herein as *Exhibit C*.

8. The Defendant(s) or individuals claiming under them are presently in possession of the premises.

9. The Defendants(s) or those claiming under them are unlawfully and wrongfully holding the possession of the premises contrary to the demand for possession.

10. Upon due inquiry and belief, the Defendant(s) are not engaged in the military service of the United States.

11. Plaintiff reserves the right to seek monetary damages at a later date.

12. Pursuant to the provisions of C.R.S. § 13-40-123, the Plaintiff is entitled to reasonable attorneys' fees in this action.

[Continued]

WHEREFORE, Plaintiff demands judgment for possession of the premises, and such other and further relief as this Court may deem appropriate.

Respectfully this 9th day of April, 2014

THE CASTLE LAW GROUP, LLC

*/s/ signature*

Plaintiff's Address:
FEDERAL NATIONAL MORTGAGE ASSOCIATION
International Plaza II
14221 Dallas Parkway, Ste. 1000
Dallas, TX 75254-2916

Wirth / 13-03477

# EXHIBIT A

LOT 13,
FRIENDSHIP RANCH UNIT 2,

AND

A PART OF THE SOUTH 1/2 OF SECTION 8, TOWNSHIP 7 SOUTH, RANGE 72 WEST OF THE 6TH P.M., DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE SOUTHERLY BOUNDARY OF FRIENDSHIP RANCH UNIT 2 THENCE THE SOUTH 1/4 CORNER OF SAID SECTION 8 BEARS SOUTH 0 DEGREES 25 MINUTES EAST, 510 FEET;
THENCE SOUTH 52 DEGREES 17 MINUTES EAST, ALONG SAID BOUNDARY, 476 FEET TO THE MOST SOUTHERLY CORNER OF SAID LOT 54 IN SAID SUBDIVISION;
THENCE SOUTH 78 DEGREES 31 MINUTES WEST, 532.44 FEET;
THENCE NORTH 00 DEGREES 25 MINUTES WEST, 388.91 FEET TO A POINT ON THE SOUTH BOUNDARY OF SAID SUBDIVISION;
THENCE NORTH 89 DEGREES 29 MINUTES 30 SECONDS EAST, ALONG SAID BOUNDARY, 143.16 FEET TO THE POINT OF BEGINNING.

EXCEPT THE WEST OR WESTERLY 60 FEET THEREOF CONVEYED BY DEED RECORDED IN BOOK 217 AT PAGE 570.

COUNTY OF PARK,
STATE OF COLORADO

VERIFICATION

*Deanna L. Westfall*, being first duly sworn on oath, deposes and says that he/she is an attorney for the firm of THE CASTLE LAW GROUP, LLC as agent for the Plaintiff herein, has read the foregoing Summons and Complaint and states that the facts as set forth therein are true and correct to the best of his/her knowledge and belief.

*[signature]*

Deanna L. Westfall, Registration No. 23449
Britney Beall-Eder, Registration No. 34935
Christopher T. Groen, Registration No. 39976
Cynthia Lowery-Graber, Registration No. 34145
Attorneys for Plaintiff

STATE OF COLORADO      )
                       ) ss.
CITY AND COUNTY OF DENVER )

Sworn to before me and subscribed in my presence by *Deanna L. Westfall* as attorney for Plaintiff on this 9th day of April, 2014.

WITNESS MY HAND AND OFFICIAL SEAL.

My Commission expires: _____

BLANCA HERNANDEZ
NOTARY PUBLIC
STATE OF COLORADO
Notary ID 20024021129
My Commission Expires 07/01/2014

Notary Public *[signature]*

13-03477

4 of 4