# Register of Actions

| | | | |
|---|---|---|---|
| ☐ Filed by Plaintiff | **Case Number:** 2014C030068 | **Division:** A | |
| ☐ Filed by Defendant | **Case Type:** Forcible Entry and Detainer | **Judicial Officer:** Brian Louis Green | |
| ☐ Filed by Court | **Case Caption:** Federal National Mortgage Association V. Wirth, Martin T | **Court Location:** Park County Combined Courts | |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Event | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A (Details) | 09/16/2014 12:00 AM | Kathy Jones | Park County Combined Courts | N/A | Filing Other | Filing Other | Public |
| N/A (Details) | 08/06/2014 12:00 AM | Kathy Jones | Park County Combined Courts | N/A | Letter | Letter | Public |
| N/A (Details) | 06/18/2014 4:54 PM | Arthur R Smith JR. | Park County Combined Courts | N/A | Order *(Related Event)* | Order: Motion | Public |
| N/A (Details) | 06/16/2014 12:00 AM | N/A | N/A | Martin T Wirth | Motion *(Related Event)* | Motion | Public |
| N/A (Details) | 06/02/2014 3:23 PM | Kathy Jones | Park County Combined Courts | N/A | Writ of Restitution - Issued *(Related Event)* | Writ of Restitution | Public |
| 7C8FB830E2D63 | 06/02/2014 3:09 PM | Jamie G. Siler | Bloom Murr Accomazzo & Siler, PC | Federal National Mortgage Association | Writ of Restitution - Proposed *(Related Event)* | Writ of Restitution | Public |
| 2D9BE12DE023F | 05/29/2014 9:42 AM | Jamie G. Siler | Bloom Murr Accomazzo & Siler, PC | Federal National Mortgage Association | Proposed Order | Judgment for Possession | Public |
| N/A (Details) | 05/29/2014 12:00 AM | Brian Louis Green | Park County Combined Courts | N/A | Order | Order | Public |
| N/A | 05/29/2014 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A | 05/29/2014 12:00 AM | N/A | N/A | N/A | Case Closed | N/A | |
| N/A (Details) | 05/22/2014 12:00 AM | Brian Louis Green | Park County Combined Courts | N/A | Notice of Hearing | Notice of Hearing | Public |
| N/A | 05/22/2014 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A (Details) | 05/21/2014 1:40 PM | Brian Louis Green | Park County Combined Courts | N/A | Order *(Related Event)* | Order: Order re: Motion for Substitution of Counsel | Public |

**EXHIBIT F**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1CBB85C1589AD | 05/16/2014 4:47 PM | Jamie G. Siler | Bloom Murr Accomazzo & Siler, PC | Federal National Mortgage Association | Brief<br><br>Filing Other | Plaintiff's Brief re: Court's Jurisdiction<br><br>Exhibits 1-9 | Public<br><br>Public |
| 6086E05515A4B | 05/16/2014 11:24 AM | Jamie G. Siler | Bloom Murr Accomazzo & Siler, PC | Federal National Mortgage Association | Substitution of Counsel<br><br>Proposed Order *(Related Event)* | Motion for Substitution of Counsel<br><br>Order re: Motion for Substitution of Counsel | Public<br><br>Public |
| N/A (Details) | 05/16/2014 12:00 AM | N/A | N/A | Martin T Wirth | Brief | Brief | Public |
| N/A (Details) | 05/09/2014 10:42 AM | Brian Louis Green | Park County Combined Courts | N/A | Order *(Related Event)* | Order: Order Re: Motion to Strike Demand for Jury Trial | Public |
| N/A (Details) | 05/09/2014 10:35 AM | Brian Louis Green | Park County Combined Courts | N/A | Order *(Related Event)* | Finding and Order Concerning Payment of Fees | Public |
| N/A | 04/30/2014 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| 642D9F1CFAAC8 | 04/29/2014 12:43 PM | Deanna Lee Westfall | The Castle Law Group, LLC | Federal National Mortgage Association | Affidavit | Affidavit Pursuant to the Service Member Civil Relief Act as to Martin | Public |
| 26AA810E68CE7 | 04/29/2014 11:28 AM | Deanna Lee Westfall | The Castle Law Group, LLC | Federal National Mortgage Association | Motion<br><br>Proposed Order *(Related Event)* | Motion to Strike Demand for Jury Trial<br><br>Order Re: Motion to Strike Demand for Jury Trial | Public<br><br>Public |
| N/A (Details) | 04/28/2014 11:16 AM | Brian Louis Green | Park County Combined Courts | N/A | Order *(Related Event)* | Order: Order RE: Motion to Appear by Telephone | Public |
| N/A (Details) | 04/28/2014 12:00 AM | N/A | N/A | Martin T Wirth | Answer - Amended | Answer - Amended | Public |
| 5FEF132E91484 | 04/23/2014 1:50 PM | Deanna Lee Westfall | The Castle Law Group, LLC | Federal National Mortgage Association | Notice of Hearing | Notice of Hearing | Public |
| N/A (Details) | 04/17/2014 12:00 AM | N/A | N/A | Martin T Wirth | Motion to Proceed in Forma Pauperis *(Related Event)* | Motion to Proceed in Forma Pauperis | Sealed |
| N/A (Details) | 04/17/2014 12:00 AM | N/A | N/A | Martin T Wirth | Answer | Answer | Public |
| N/A | 04/17/2014 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| 135059497B0CD | 04/16/2014 2:14 PM | Deanna Lee Westfall | The Castle Law Group, LLC | Federal National Mortgage | Affidavit | Affidavit Pursuant to the Service Member Civil | Public |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | Association | | Relief Act as to Martin | |
| BC223FBFBF55D | 04/11/2014 11:17 AM | Deanna Lee Westfall | The Castle Law Group, LLC | Federal National Mortgage Association | Return of Service | Affidavit of Service and Certificate of Mailing for Summons and Verified Complaint Upon Martin Wirth on 04 10 14 | Public |
| | | | | | Return of Service | | Public |
| | | | | | | Affidavit of Service for Demand for Possession Upon Martin T Wirth on 03 31 14 | |
| BB82DDF99B97A | 04/10/2014 9:11 AM | Deanna Lee Westfall | The Castle Law Group, LLC | Federal National Mortgage Association | Motion | Motion to Appear by Telephone | Public |
| | | | | | Proposed Order *(Related Event)* | Order RE: Motion to Appear by Telephone | Public |
| B97E85A1BA001 | 04/09/2014 6:03 PM | Deanna Lee Westfall | The Castle Law Group, LLC | Federal National Mortgage Association | Complaint in Unlawful Detainer | Summons In Forcible Entry and Unlawful Detainer and Verified Complaint in Unlawful Detainer | Public |
| | | | | | Exhibits Filed | | Public |
| | | | | | Exhibits Filed | Exhibit A Confirmation Deed | Public |
| | | | | | Exhibits Filed | | Public |
| | | | | | Affidavit | Exhibit B Special Warranty Deed | Public |
| | | | | | | Exhibit C Demand for Possession | |
| | | | | | | Affidavit Pursuant to the Service Member Civil Relief Act as to Martin | |

## Party Information

| Party Name | Party Type | Party Status | Attorney Name |
|---|---|---|---|
| Federal National Mortgage Association | Plaintiff | | James Patrick Eckels (Bloom Murr Accomazzo & Siler, PC) Jamie Grant Siler (Bloom Murr Accomazzo & Siler, PC) |
| Martin T Wirth | Defendant | | N/A |