**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
1:18 pm, Sep 23, 2014
**JEFFREY P. COLWELL, CLERK**

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

RECEIVED 2014 SEP -5 P 2:51

#3

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Martin Thomas Wirth | 13-cv-03309-REB-KMT |
| DEFENDANT | TYPE OF PROCESS |
| John Hickenlooper, in his official capacity as Govenor of Colorado, et al | S/C |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jay Bray, Chief Executive of Nationstar in his Corporate and Individual Capacities

ADDRESS (Street or RFD, Apartment No., City State and Zip Code)
350 Highland Drive, Lewisville, TX 75067

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Martin Thomas Wirth
36 Iris Drive
Bailey, CO 80421
303-816-1054
Email: martin.wirth@specialtywrench.com

| Number of process to be served with this Form - 285 | 3 |
| Number of parties to be served in this case | 11 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

## PERSONAL SERVICE

| Signature of Attorney or other Originator requesting service on behalf of: s/J. Fox Deputy Clerk | __X__ PLAINTIFF ___ DEFENDANT | TELEPHONE NUMBER 303-844-3433 | DATE 9/05/2014 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 13 | District to Serve No. 78 | Signature of Authorized USMS Deputy or Clerk | Date 9/5/14 |

I hereby certify and return that I ✓ have personally served, ___ have legal evidence of service, ___ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

___ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Evelyn Hall (legal assistant)

___ A person of suitable age and discretion then residing in the defendant's usual place of adobe.

Address (complete only if different than shown above)

Date of Service 9/17/14   Time 3:22 pm

Signature of U.S. Marshal or Deputy

| Service Fee $65.00 | Total Mileage Charges (including endeavors) 29.04 miles x .56¢ = | Forwarding Fee $8.02 | Total Charges $89.26 | Advance Deposits 0 | Amount owed to U.S. Marshal or | Amount of Refund — |

REMARKS:  $16.26

PRIOR EDITIONS MAY BE USED    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80)