Park County District Court
Martin T. Wirth

Court Case #: 2013CV030104

DATE FILED: August 14, 2013 6:00 PM
FILING ID: 344E147390EFB
CASE NUMBER: 2013CV30104

# AFFIDAVIT OF POSTING FOR NOTICE OF HEARING

I, JEFF BUTLER, hereby certify that I have posted the Notice of Hearing on this 7-31-13 (Date) at 11:52 AM (Time) for Martin T. Wirth, any other named defendants, and any occupant, at the property located at 36 Iris Drive, Bailey CO 804212316 County of Park, by:

__X__ leaving a true copy hereof with Martin T. Wirth, who refused to allow posting.

_____ posted on the front door of the property.

_____ posting in a conspicuous place on the premises. _____.

Property Condition: __Occupied_____.

STATE OF COLORADO )
                  ) ss.
COUNTY OF ADAMS   )

Subscribed and sworn to before me this 8-1-13 (Date)

WITNESS my hand and official seal.

_Nadine Bellington_
NOTARY PUBLIC

My Commission Expires: _____

Client file number: 13-03477
Court date: 8/19/2013
MSE

I am over the age of 18, and not a party to this action.

Date: 8-1-13

_signature_
PRIVATE PROCESS SERVER

Service Fee $125.00

EXHIBIT
2