| | |
|---|---|
| DISTRICT COURT, PARK COUNTY, COLORADO<br>Court Address:<br>P.O. Box 190, 300 Fourth Street, Fairplay, CO, 80440 | DATE FILED: January 22, 2014 9:39 AM<br>CASE NUMBER: 2013CV30104 |
| **Plaintiff(s)** NATIONSTAR MORTGAGE LLC<br>v.<br>**Defendant(s)** MARTIN T WIRTH | |
| | ⚠ **COURT USE ONLY** ⚠ |
| | Case Number: 2013CV30104<br>Division: B     Courtroom: |
| **Order: ORDER APPROVING SALE** | |

The motion/proposed order attached hereto: GRANTED.

Issue Date: 1/22/2014

*[signature]*

STEPHEN A GROOME
District Court Judge

**EXHIBIT 5**

| | |
|---|---|
| DISTRICT COURT, PARK COUNTY, COLORADO<br>Court Address:  300 4TH ST., P.O. BOX 190<br>                             FAIRPLAY, CO  80440 | |
| IN THE MATTER OF THE MOTION OF NATIONSTAR MORTGAGE LLC FOR AN ORDER AUTHORIZING THE PUBLIC TRUSTEE TO SELL CERTAIN REAL ESTATE UNDER A POWER OF SALE CONTAINED WITHIN A DEED OF TRUST | ▲COURT USE ONLY▲<br><br>Case Number:  2013CV030104<br><br>Division:  B |
| ORDER APPROVING SALE | |

THE COURT, having considered the Return of Sale, the Court's file herein and being otherwise fully advised in the premises, hereby

ORDERS that the said Return of Sale is approved.  The Court neither approves nor disapproves the deficiency, if any.

DONE this _____ day of _____, _____.

                        BY THE COURT:

                        _____
                        DISTRICT COURT JUDGE/MAGISTRATE

Wirth / 13-03477