| | |
|---|---|
| COUNTY COURT, PARK COUNTY, COLORADO<br>Court Address: Park County Courthouse 300 4th St., P.O.<br>Box 190<br>Fairplay, CO 80440 | |
| **Plaintiff(s):**<br>**FEDERAL NATIONAL MORTGAGE ASSOCIATION**<br><br>**Defendant(s):**<br>**MARTIN T. WIRTH,** and any and all other occupants claiming an interest under the defendants | ▲**COURT USE ONLY**▲ |
| Attorney for Plaintiff:<br><br>**THE CASTLE LAW GROUP, LLC**<br>Address: 999 18th Street, Suite 2201<br>Denver, CO 80202<br>Phone Number: (303) 865-1400<br>FAX Number: (303) 865-1410<br>E-mail  dwestfall@cmsatty.com<br>  bbeall-eder@cmsatty.com<br>  cgroen@cmsatty.com<br>  cgraber@cmsatty.com<br>Atty. Reg. # 23449 (Deanna Westfall)<br>  34935 (Britney Beall-Eder)<br>  39976 (Christopher T. Groen)<br>  34145 (Cynthia Lowery-Graber) | Case Number: |

## SUMMONS IN FORCIBLE ENTRY AND UNLAWFUL DETAINER

To the above named Defendant(s), take notice that:

1. On <u>April 17, 2014 at 11:00 am in the Park, County Court</u>, Park County Courthouse 300 4th St., P.O. Box 190, Fairplay, CO 80440, the Court may be asked to enter judgment against you as set forth in the Complaint.

2. A copy of the Complaint against you and an answer form, which you must use if you file an answer, are attached.

3. If you do not agree with the Complaint, then you must either:


EXHIBIT 6

    a.    Go to the Court, located at Park County Courthouse 300 4th St., P.O. Box 190, Fairplay, at the above date and time and file an answer stating any legal reason you have why judgment should not be entered against you, or;

    b.    File an answer with the Court before that date and time.

4.    When you file your answer, you must pay a filing fee to the Clerk of the Court.

5.    If you file an answer, you must give or mail a copy to the undersigned counsel for Plaintiff.

6.    If you fail to file with the court, at or before the time for appearance specified in the summons, an answer to the complaint setting forth the grounds upon which you base your claim for possession and denying or admitting all of the material allegations of the complaint, judgment by default may be taken against you for the possession of the property described in the complaint, for the rent, if any, due or to become due, for present and future damages and costs, and for any other relief to which the Plaintiff is entitled.

7.    If you are claiming that the landlord's failure to repair the residential premises is a defense to the landlord's allegation of nonpayment of rent, the court will require you to pay into the registry of the court, at the time of filing your answer, the rent due less any expenses you have incurred based upon the landlord's failure to repair the residential premises.

8.    If you want a jury trial, you must ask for one in the answer and pay a jury fee in addition to the filing fee.

9.    If you want to file an answer or request a jury trial and you are indigent, you must appear at the date and time specified above, fill out a financial affidavit, and ask the Court to waive the fee.

Respectfully submitted,

Dated this 9th day of April, 2014

Clerk of the Court                                         THE CASTLE LAW GROUP, LLC

                                                                                                                   */s/ Deanna Westfall*

By: _____
Deputy Clerk

Wirth / 13-03477

**THE CASTLE LAW GROUP, LLC MAY BE ACTING AS A DEBT COLLECTOR, ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

This Summons is issued pursuant to Rule 303, Rules of County Court Civil Procedure, as amended, and §13-40-111, C.R.S. A copy of the Complaint together with a blank answer form must be served with this Summons. This form should be used only for actions filed under Colorado's Forcible Entry and Detainer Act.

To the Clerk: if this Summons is issued by the Clerk of the Court, the signature block for the Clerk, Deputy and the seal of the Court should be provided by stamp or typewriter in the space to the left of the attorney's name.

**WARNING: ALL FEES ARE NON-REFUNDABLE. IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.**

| | |
|---|---|
| COUNTY COURT, PARK COUNTY, COLORADO<br>Court Address: Park County Courthouse 300 4th St., P.O.<br>Box 190<br>Fairplay, CO 80440 | |
| **Plaintiff(s):**<br>**FEDERAL NATIONAL MORTGAGE ASSOCIATION**<br><br>**Defendant(s):**<br>**MARTIN T. WIRTH,** and any and all other occupants claiming an interest under the defendants | ▲COURT USE ONLY▲ |
| Attorney for Plaintiff:<br><br>**THE CASTLE LAW GROUP, LLC**<br>Address: 999 18th Street, Suite 2201<br>Denver, CO 80202<br>Phone Number: (303) 865-1400<br>FAX Number: (303) 865-1410<br>E-mail    dwestfall@cmsatty.com<br>            bbeall-eder@cmsatty.com<br>            cgroen@cmsatty.com<br>            cgraber@cmsatty.com<br>Atty. Reg. # 23449 (Deanna Westfall)<br>            34935 (Britney Beall-Eder)<br>            39976 Christopher T. Groen)<br>            34145 (Cynthia Lowery-Graber) | |
| **VERIFIED COMPLAINT IN UNLAWFUL DETAINER** | |

The Plaintiff, named above, states and alleges as follows:

1.   The Plaintiff is the owner of the property commonly known and numbered as 36 Iris Drive, Bailey, CO 80421-2316, including any and all outbuildings, and more particularly described as:

   SEE EXHIBIT A ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE (the "Property").

2. The Property was secured by a Deed of Trust dated January 18, 2002, and recorded January 29, 2002, at Reception No. 560414, in the records of the Clerk and Recorder, County of Park, State of Colorado.

3. The Deed of Trust granted a power of sale to the Public Trustee of the County of Park, State of Colorado. The Property was sold to Nationstar Mortgage LLC at a Public Trustee's Sale on December 18, 2013. A Certificate of Purchase was issued to Nationstar Mortgage LLC.

4. On January 7, 2014, all applicable redemption periods expired, vesting title to the Property in Nationstar Mortgage LLC.

5. On January 8, 2014, the Confirmation Deed was issued and vested title to Nationstar Mortgage LLC, a copy of which is attached and incorporated herein as *Exhibit A*.

6. On March 24, 2014, the Special Warranty Deed was recorded and vested title to Plaintiff, a copy of which is attached and incorporated herein as *Exhibit B*.

7. Plaintiff demanded possession of the Property by a formal written demand, a copy of which is attached and incorporated herein as *Exhibit C*.

8. The Defendant(s) or individuals claiming under them are presently in possession of the premises.

9. The Defendants(s) or those claiming under them are unlawfully and wrongfully holding the possession of the premises contrary to the demand for possession.

10. Upon due inquiry and belief, the Defendant(s) are not engaged in the military service of the United States.

11. Plaintiff reserves the right to seek monetary damages at a later date.

12. Pursuant to the provisions of C.R.S. § 13-40-123, the Plaintiff is entitled to reasonable attorneys' fees in this action.

[Continued]

WHEREFORE, Plaintiff demands judgment for possession of the premises, and such other and further relief as this Court may deem appropriate.

Respectfully this 9th day of April, 2014

THE CASTLE LAW GROUP, LLC

*[signature]*

Plaintiff's Address:

FEDERAL NATIONAL MORTGAGE ASSOCIATION
International Plaza II
14221 Dallas Parkway, Ste. 1000
Dallas, TX 75254-2916

Wirth / 13-03477

Case 1:13-cv-03309-REB-KMT   Document 90-6   Filed 10/06/14   USDC Colorado   Page 7 of 18

# EXHIBIT A

LOT 53,
FRIENDSHIP RANCH UNIT 2,

AND

A PART OF THE SOUTH 1/2 OF SECTION 8, TOWNSHIP 7 SOUTH, RANGE 72 WEST OF THE 6TH P.M., DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE SOUTHERLY BOUNDARY OF FRIENDSHIP RANCH UNIT 2 THENCE THE SOUTH 1/4 CORNER OF SAID SECTION 8 BEARS SOUTH 0 DEGREES 25 MINUTES EAST, 510 FEET;
THENCE SOUTH 53 DEGREES 17 MINUTES EAST, ALONG SAID BOUNDARY, 476 FEET TO THE MOST SOUTHERLY CORNER OF SAID LOT 54 IN SAID SUBDIVISION;
THENCE SOUTH 78 DEGREES 31 MINUTES WEST, 332.44 FEET;
THENCE NORTH 00 DEGREES 25 MINUTES WEST, 388.91 FEET TO A POINT ON THE SOUTH BOUNDARY OF SAID SUBDIVISION;
THENCE NORTH 89 DEGREES 29 MINUTES 30 SECONDS EAST, ALONG SAID BOUNDARY, 143.16 FEET TO THE POINT OF BEGINNING.

EXCEPT THE WEST OR WESTERLY 60 FEET THEREOF CONVEYED BY DEED RECORDED IN BOOK 217 AT PAGE 570.

COUNTY OF PARK,
STATE OF COLORADO

## VERIFICATION

*Deanna L. Westfall*, being first duly sworn on oath, deposes and says that he/she is an attorney for the firm of THE CASTLE LAW GROUP, LLC as agent for the Plaintiff herein, has read the foregoing Summons and Complaint and states that the facts as set forth therein are true and correct to the best of his/her knowledge and belief.

*[signature]*

Deanna L. Westfall, Registration No. 23449
Britney Beall-Eder, Registration No. 34935
Christopher T. Groen, Registration No. 39976
Cynthia Lowery-Graber, Registration No. 34145
Attorneys for Plaintiff

STATE OF COLORADO         )
                          ) ss.
CITY AND COUNTY OF DENVER )

Sworn to before me and subscribed in my presence by *Deanna L. Westfall* as attorney for Plaintiff on this 9th day of April, 2014.

WITNESS MY HAND AND OFFICIAL SEAL.

My Commission expires:_____

*[signature]*
Notary Public

BLANCA HERNANDEZ
NOTARY PUBLIC
STATE OF COLORADO
Notary ID 20024021129
My Commission Expires 07/01/2014

13-03477

704249  1/8/2014 5:07 PM  Debra A Green
1 of 2  CONFI  R$16.00  D$0.00  Park County Clerk

EXHIBIT A

# CONFIRMATION DEED

## (CRS §38-38-502)

### Public Trustee's Foreclosure Sale No. 2013-0051

DATE FILED: April 9, 2014 6:03 PM
FILING ID: B97E85A1BA001
CASE NUMBER: 2014C 30068

THIS DEED is made January 8, 2014 between Michelle A. Miller as the Public Trustee in and for the County of Park, State of Colorado, grantor and Nationstar Mortgage LLC, grantee, the holder of the certificate of purchase whose address is 350 Highland Dr., Lewisville, TX 75067.

WHEREAS, the Grantor(s) described below did convey to the public trustee, in trust, the property hereinafter described to secure the payment of the indebtedness provided in said deed of trust:

| | |
|---|---|
| Original Grantor(s) | Martin T. Wirth |
| Original Beneficiary(ies) | Mortgage Electronic Registration Systems, Inc., as nominee for Countrywide Home Loans, Inc. |
| Current Holder of Evidence of Debt | Nationstar Mortgage LLC |
| Date of Deed of Trust | January 18, 2002 |
| County of Recording | Park |
| Recording Date of Deed of Trust | January 29, 2002 |
| Recording Information (Reception Number) | 560414 |

WHEREAS, a violation was made in certain of the terms and covenants of said deed of trust as shown by the notice of election and demand for sale filed with the Public Trustee; the said property was advertised for public sale at the place and in the manner provided by law and by said deed of trust; combined notice of sale and right to cure and redeem was given as required by law; said property was sold according to said combined notice; and a certificate of purchase thereof was made and recorded in the office of said county Clerk and Recorder, and

WHEREAS, all periods of redemption have expired.

NOW, THEREFORE, the Public Trustee, pursuant to the power and authority vested by law and by the said deed of trust, confirms the foreclosure sale and sells and conveys to grantee the following described property located in the County of Park, State of Colorado, to wit:

SEE EXHIBIT A ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE

Also known by street and number as: 36 Iris Drive, Bailey, CO 80421-2316

**THE PROPERTY DESCRIBED HEREIN IS ALL OF THE PROPERTY CURRENTLY ENCUMBERED BY THE LIEN OF THE DEED OF TRUST.**

To have and to hold the same, with all appurtenances, forever.

Executed on: January 08, 2014

Michelle A. Miller, Public Trustee in and for the County of Park, State of Colorado

_____
By: Vicki Armstrong, Chief Deputy Public Trustee

When Recorded Return to: Park County Public Trustee

© Public Trustees' Association of Colorado Revised 6/2011

## LEGAL DESCRIPTION EXHIBIT A

LOT 53,
FRIENDSHIP RANCH UNIT 2,

AND

APART OF THE SOUTH 1/2 OF SECTION 8, TOWNSHIP 7 SOUTH, RANGE 72 WEST OF THE 6TH P.M., DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE SOUTHERLY BOUNDARY OF FRIENDSHIP RANCH UNIT 2 THENCE THE SOUTH 1/4 CORNER OF SAID SECTION 8 BEARS SOUTH 0 DEGREES 25 MINUTES EAST, 510 FEET;
THENCE SOUTH 53 DEGREES 17 MINUTES EAST, ALONG SAID BOUNDARY, 476 FEET TO THE MOST SOUTHERLY CORNER OF SAID LOT 54 IN SAID SUBDIVISION;
THENCE SOUTH 78 DEGREES 31 MINUTES WEST, 532.44 FEET;
THENCE NORTH 00 DEGREES 25 MINUTES WEST, 388.91 FEET TO A POINT ON THE SOUTH BOUNDARY OF SAID SUBDIVISION;
THENCE NORTH 89 DEGREES 29 MINUTES 30 SECONDS EAST, ALONG SAID BOUNDARY, 143.16 FEET TO THE POINT OF BEGINNING,

EXCEPT THE WEST OR WESTERLY 60 FEET THEREOF CONVEYED BY DEED RECORDED IN BOOK 217 AT PAGE 570.

COUNTY OF PARK,
STATE OF COLORADO

NO DECLARATION

705714 3/24/2014 12:05 PM Debra A Green
1 of 2 WD R$16.00 D$0.00 Park County Clerk

EXHIBIT B

DATE FILED: April 9, 2014 6:03 PM
FILING ID: B97E85A1BA001
CASE NUMBER: 2014C 30060

SPECIAL WARRANTY DEED
FOR CONVEYANCE PURPOSES ONLY

THIS DEED, made this 18 day of MARCH 2014, between, **Nationstar Mortgage LLC** a company organized and existing under the laws of the United States of America with its principal office and place of business located at 350 Highland Dr., Lewisville, TX 75067, Grantor, to **Federal National Mortgage Association** whose legal address is International Plaza II, 14221 Dallas Parkway, Ste. 1000, Dallas, TX 75254-2916, Grantee.

WITNESSETH, that the said Grantor, for and in consideration of the sum of one dollar and other good and valuable consideration, to the said Grantor, in hand paid by the said Grantee, the receipt whereof is hereby confessed and acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm unto the said Grantee its successors and assigns forever, all of the following described property, situate, lying and being in the County of Park, State of Colorado, to wit:

SEE EXHIBIT A ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE

WHICH HAS THE ADDRESS OF 36 Iris Drive, Bailey, CO 80421-2316

Together with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof; and all the estate, right, title, interest, claim and demand whatsoever, of the said Grantor, either in law or equity, of, in and to the above bargained premises; to HAVE AND TO HOLD the said premises above bargained and described unto the Grantee, and its successors and assigns.

The Grantor, for itself, its heirs, executors, administrators and assigns, does covenant, grant, bargain and agree to and with the said Grantee, its heirs and assigns, to warrant the above bargained premises in the quiet and peaceable possession of said Grantee, its heirs and assigns, against all and every person or persons lawfully claiming or to claim the whole or any part thereof, by, through or under the said Grantor and to WARRANT AND FOREVER DEFEND the same.

Grantor also assigns and transfers to the Grantee herein all of said Grantor's claims and notes, and the judgment, if any, thereon representing the indebtedness heretofore secured by liens on the property hereinabove described and which liens were heretofore foreclosed.

IN WITNESS WHEREOF, The said Grantor has hereunto set its hand and seal the day and year first above written.

Nationstar Mortgage LLC

By: _Jesslyn Williams_ 3/18/14

Title: ASSISTANT SECRETARY/ JESSLYN WILLIAMS

**CORPORATE SEAL**

**STATE OF** TEXAS )
) ss.
**COUNTY OF** DENTON )

The foregoing instrument was acknowledged before me this 18 day of MARCH, 2014
By JESSLYN WILLIAMS, as ASSISTANT SECRETARY

My commission expires: 7/30/16.

Witness my hand and official seal.

[SEAL]

_____
Notary Public

13-03477
Consideration Amount: $133,818.99



JORDAN S. FORD
Notary Public, State of Texas
My Commission Expires
July 30, 2016

# EXHIBIT A

LOT 53,
FRIENDSHIP RANCH UNIT 2,

AND

A PART OF THE SOUTH 1/2 OF SECTION 8, TOWNSHIP 7 SOUTH, RANGE 72 WEST OF THE 6TH P.M., DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE SOUTHERLY BOUNDARY OF FRIENDSHIP RANCH UNIT 2 THENCE THE SOUTH 1/4 CORNER OF SAID SECTION 8 BEARS SOUTH 0 DEGREES 25 MINUTES EAST, 510 FEET;
THENCE SOUTH 53 DEGREES 17 MINUTES EAST, ALONG SAID BOUNDARY, 476 FEET TO THE MOST SOUTHERLY CORNER OF SAID LOT 54 IN SAID SUBDIVISION;
THENCE SOUTH 78 DEGREES 31 MINUTES WEST, 532.44 FEET;
THENCE NORTH 00 DEGREES 25 MINUTES WEST, 388.91 FEET TO A POINT ON THE SOUTH BOUNDARY OF SAID SUBDIVISION;
THENCE NORTH 89 DEGREES 29 MINUTES 30 SECONDS EAST, ALONG SAID BOUNDARY, 143.16 FEET TO THE POINT OF BEGINNING.

EXCEPT THE WEST OR WESTERLY 60 FEET THEREOF CONVEYED BY DEED RECORDED IN BOOK 217 AT PAGE 570.

COUNTY OF PARK,
STATE OF COLORADO

EXHIBIT C

**DEMAND FOR POSSESSION**

DATE FILED: April 9, 2014 6:03 PM
FILING ID: B97E85A1BA001
CASE NUMBER: 2014C 30068

ATTENTION: MARTIN T. WIRTH, and all other persons occupying the premises known as 36 Iris Drive, Bailey, CO  80421-2316, including any and all outbuildings.

You and each of you are hereby notified that FEDERAL NATIONAL MORTGAGE ASSOCIATION is the owner of the premises described below, including the house and appurtenance thereon, as of March 18, 2014.  The premises, which are the subject of this action, are more particularly described as:

SEE EXHIBIT A ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE

FEDERAL NATIONAL MORTGAGE ASSOCIATION demands that you immediately quit possession of (vacate) the above-described premises now unlawfully occupied by you.

**IMPORTANT NOTICE TO SERVICEMEMBERS AND THEIR DEPENDANTS: PROTECTIONS UNDER THE SERVICEMEMBERS CIVIL RELIEF ACT**

Service members on "active duty" or "active service," or a dependant of such a service member may be entitled to certain legal protections, including eviction protection, pursuant to the Service members Civil Relief Act (50 USC App. §§ 501-596), as amended, (the "SCRA") and, possibly, certain related state statutes.

**Who may be entitled to Legal Protections under the SCRA:**

- Active duty members of the Army, Navy, Air Force, Marine Corps, Coast Guard and active service National Guard;
- Active service members of the commissioned corps of the National Oceanic and Atmospheric Administration;
- Active service members of the commissioned corps of the Public Health Service;
- United States citizens servicing with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action; and
- Their spouses.

Service members and dependants with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer.  A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php.

[Continued]

"Military OneSource" is the U.S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA, please go to www.militaryonesource.com/scra or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

If you are such a service member, or a dependant of such a service member, you should contact Cynthia Lowery-Graber at 303-865-1417 to discuss your status under the SCRA.

                    THE CASTLE LAW GROUP, LLC

                    By:*/s/ Cynthia Lowery-Graber, Esq. (electronically signed)*
                        Deanna L. Westfall, Registration No. 23449
                        Britney Beall-Eder, Registration No. 34935
                        Christopher T. Groen, Registration No. 39976
                        Cynthia Lowery-Graber, Registration No. 34145
                        Attorneys for Plaintiff
                        999 18th Street, Suite 2201
                        Denver, CO  80202
                        (303) 865-1400
                        (303) 865-1410 (FACSIMILE)

**THE CASTLE LAW GROUP, LLC MAY BE ACTING AS A DEBT COLLECTOR, ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Wirth/ 13-03477

3/26/2014

# EXHIBIT A

LOT 53,
FRIENDSHIP RANCH UNIT 2,

AND

A PART OF THE SOUTH 1/2 OF SECTION 8, TOWNSHIP 7 SOUTH, RANGE 72 WEST OF THE 6TH P.M., DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE SOUTHERLY BOUNDARY OF FRIENDSHIP RANCH UNIT 2 THENCE THE SOUTH 1/4 CORNER OF SAID SECTION 8 BEARS SOUTH 0 DEGREES 25 MINUTES EAST, 510 FEET;
THENCE SOUTH 53 DEGREES 17 MINUTES EAST, ALONG SAID BOUNDARY, 476 FEET TO THE MOST SOUTHERLY CORNER OF SAID LOT 54 IN SAID SUBDIVISION;
THENCE SOUTH 78 DEGREES 31 MINUTES WEST, 532.44 FEET;
THENCE NORTH 00 DEGREES 25 MINUTES WEST, 388.91 FEET TO A POINT ON THE SOUTH BOUNDARY OF SAID SUBDIVISION;
THENCE NORTH 89 DEGREES 29 MINUTES 30 SECONDS EAST, ALONG SAID BOUNDARY, 143.16 FEET TO THE POINT OF BEGINNING.

EXCEPT THE WEST OR WESTERLY 60 FEET THEREOF CONVEYED BY DEED RECORDED IN BOOK 217 AT PAGE 570.

COUNTY OF PARK,
STATE OF COLORADO

DATE FILED: April 11, 2014 11:17 AM
FILING ID: BC223FBEBE55D
CASE NUMBER: 2014C 30068

| | |
|---|---|
| COUNTY COURT, PARK COUNTY, COLORADO<br>Court Address: Park County Courthouse 300 4th St., P.O.<br>　　　　　　 Box 190<br>　　　　　　 Fairplay, CO 80440 | |
| **Plaintiff(s):**<br>**FEDERAL NATIONAL MORTGAGE ASSOCIATION**<br><br>**Defendant(s):**<br>**MARTIN T. WIRTH,** and any and all other occupants claiming an interest under the defendants | ▲COURT USE ONLY▲ |
| Attorney for Plaintiff:<br><br>**THE CASTLE LAW GROUP, LLC**<br>Address: 999 18th Street, Suite 2201<br>　　　　　 Denver, CO 80202<br>Phone Number: (303) 865-1400<br>FAX Number: (303) 865-1410<br>E-mail　　dwestfall@cmsatty.com<br>　　　　　bbeall-eder@cmsatty.com<br>　　　　　cgroen@cmsatty.com<br>　　　　　cgraber@cmsatty.com<br>Atty. Reg. # 23449 (Deanna Westfall)<br>　　　　　34935 (Britney Beall-Eder)<br>　　　　　39976 (Christopher T. Groen)<br>　　　　　34145 (Cynthia Lowery-Graber) | Case Number: 2014C030068 |
| **AFFIDAVIT OF SERVICE AND CERTIFICATE OF MAILING FOR SUMMONS & COMPLAINT** | |



Fred Wegener
Park County Sheriff

## RETURN OF SERVICE

I declare under oath that I served the **Summons, Complaint in Forcible Entry and Unlawful Detainer** in Park County, State of Colorado upon **Martin T. Wirth** at the following location: **36 Iris Dr., Bailey, CO on:**

(date) 4-10-14             (time) 4:50 P.M.

____ by posting it in a conspicuous place.

✔ by handing it to the individual identified to me as Martin Wirth.

____ by leaving it with the defendant, who refused service.

____ by leaving it with _____, designated to receive service as:

_____

### Unable to Serve

Date:_____     Time:_____

Service was attempted on _____ occasions to (subject's name)_____

but have been **unable to serve** the party for the following reason(s):_____

_____
_____
_____

Deputy J. Bach 3652
Park County Sheriff's Office

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on *April 10, 2014*, a copy of the Summons, Verified Complaint and Answer Form was E-filed with the County Court and mailed United States first class postage prepaid to the following:

/s/ *Dustin A. Weber*
Dustin A. Weber, Paralegal
Eviction Department
The Castle Law Group, LLC

Occupant
36 Iris Drive
Bailey, CO 80421-2316

Martin T. Wirth
36 Iris Drive
Bailey, CO 80421-2316

13-03477 / Wirth