**ISSUED BY COURT**
**06/02/2014**

DATE FILED: June 2, 2014 3:23 PM
CASE NUMBER: 2014C30068

*Kathy Jones*
**Kathy Jones**
**Clerk of the Court**

| | |
|---|---|
| COUNTY COURT, PARK COUNTY, COLORADO<br>Park County Courthouse<br>300 4th St., P.O. Box 190<br>Fairplay, CO 80440 | ▲COURT USE▲ |
| Plaintiff:  FEDERAL NATIONAL MORTGAGE ASSOCIATION<br><br>v.<br><br>Defendants:   MARTIN T. WIRTH, and any and all other occupants claiming an interest under the defendants | Case No.: 2014C30068<br>Div.:  A |
| **WRIT OF RESTITUTION** | |

The People of the State of Colorado,
To the Sheriff of said County:

  Whereas, Plaintiff has obtained a judgment, in the above entitled action of unlawful detainer, for the restitution of the premises described as follows:

LOT 53,
FRIENDSHIP RANCH UNIT 2,

AND

APART OF THE SOUTH 1/2 OF SECTION 8, TOWNSHIP 7 SOUTH, RANGE 72 WEST OF THE 6TH P.M., DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE SOUTHERLY BOUNDARY OF FRIENDSHIP RANCH UNIT 2 THENCE THE SOUTH 1/4 CORNER OF SAID SECTION 8 BEARS SOUTH 0 DEGREES 25 MINUTES EAST, 510 FEET; THENCE SOUTH 53 DEGREES 17 MINUTES EAST, ALONG SAID BOUNDARY, 476 FEET TO THE MOST SOUTHERLY CORNER OF SAID LOT 54 IN SAID SUBDIVISION; THENCE SOUTH 78 DEGREES 31 MINUTES WEST, 532.44 FEET; THENCE NORTH 00 DEGREES 25 MINUTES WEST, 388.91 FEET TO A POINT ON THE SOUTH BOUNDARY OF SAID SUBDIVISION; THENCE NORTH 89 DEGREES 29 MINUTES 30 SECONDS EAST, ALONG SAID BOUNDARY, 143.16 FEET TO THE POINT OF BEGINNING,

EXCEPT THE WEST OR WESTERLY 60 FEET THEREOF CONVEYED BY DEED RECORDED IN BOOK 217 AT PAGE 570
COUNTY OF PARK,
STATE OF COLORADO
alleged property address: 36 Iris Drive, Bailey, Colorado 80421

**EXHIBIT**
8

THIS IS TO COMMAND YOU, in the name and by the authority of the People, to dispossess the defendants and any and all occupants and to restore Plaintiff to the possession of said premises. Hereof make due and proper return according to law.

Given under my hand and seal, Dated:_____.


By:_____
      County Court Judge