IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13–cv–03309–REB–KMT

MARTIN THOMAS WIRTH,

Plaintiff,

v.

JOHN HICKENLOOPER, *et al*,

     Defendant.

**ORDER RE: MOTION TO DISMISS FIFTH AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1) and 12(b)(6)**

THE COURT, having reviewed the Motion to Dismiss Fifth Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) filed by defendants, Nationstar Mortgage, LLC and Jay Bray (the "Motion"), and being sufficiently advised in its premises and finding good cause therefore,

IT IS HEREBY ORDERED that the Motion is GRANTED and that the plaintiff's fifth amended complaint is DISMISSED in its entirety.

IT IS FURTHER ORDERED that the Plaintiff is denied leave to further amend his complaint in this action.

Dated this ____ day of _____, 2014.

                              BY THE COURT

                              _____

                              District Court Judge