# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No.  2013-CV-03309-REB-KMT

MARTIN THOMAS WIRTH

    Plaintiff,

vs.

JOHN HICKENLOOPER, et. al,

    Defendants.

---

## ENTRY OF APPEARANCE
---

R. Scott Fitzke and Curtis W. Shortridge, of Shortridge, Fitzke & Hultquist, PC, hereby enter their appearance on behalf of Defendant Mary Hager.

Dated this 10th day of October, 2014.

    Respectfully submitted,

    **SHORTRIDGE, FITZKE & HULTQUIST, P.C.**

    */s/ R. Scott Fitzke*
    R. Scott Fitzke, #35293
    Curtis W. Shortridge, #9959
    Shortridge, Fitzke & Hultquist, PC
    4 Inverness Court East, Suite 100
    Englewood, CO  80112
    Phone:  303.694.2000
    Fax:  303.694.2020
    Email:  sfitzke@sfhlaw.net
    *Attorneys for Mary Hager*

## **CERTIFICATE OF MAILING**

I hereby certify that on this 10th day of October, 2014, a true and correct copy of the **ENTRY OF APPEARANCE** was sent via CM/ECF, or U.S. Mail, postage prepaid, and properly addressed as follows:

Martin Thomas Wirth
36 Iris Drive
Bailey, CO  80421
Plaintiff, *pro se*

Christopher T. Groen, Esq.
Phillip A. Vaglica
The Castle Law Group, LLC
1125 17th Street, Suite 2100
Denver, CO  80202
*Attorneys for Defendants The Castle Law Group, Lowery-Graber, Westfall, Beall-Elder, Groen, and Castle*

Herbert C. Phillips, Esq.
Hayes, Phillips, Hoffmann, & Carberry
675 Main Street
P.O. Box 1046
Fairplay, CO  80440
*Attorneys for Defendant Fred Wegener*

James P. Eckels, Esq.
Jamie G. Siler, Esq.
Bloom, Murr, Accomazzo, & Siler, PC
410 17th Street, Suite 2400
Denver, CO  80202
*Attorneys for Defendants Nationstar Mortgage and Jay Bray*

Katheryn Anne Teresa Starnella, Esq.
Colorado Attorney General
Ralph C. Carr Colorado Judicial Center
1300 Broadway
Denver, CO  80203
*Attorneys for Defendants Gov. John Hickenlooper and Judge Stephen A. Groome*

_s/ Rachel A. McDonald_
Rachel A. McDonald, Legal Assistant
Shortridge, Fitzke & Hultquist, PC
4 Inverness Court East, Suite 100
Englewood, CO  80112
Phone:  303.694.2000
Email:  rmcdonald@sfhlaw.net

*The duly authorized original signed pleading is on file and available for inspection at the offices of Shortridge, Fitzke & Hultquist, P.C.*

G:\WP\CLIENTS\ReMax Alliance\Wirth\Pleadings\Entry of Appearance.docx