#6

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. ||
|---|---|---|
| PLAINTIFF<br>Martin Thomas Wirth | COURT CASE NUMBER<br>13-cv-03309-REB-KMT ||
| DEFENDANT<br>John Hickenlooper, in his official capacity as Governor of Colorado, et al | TYPE OF PROCESS<br>S/C ||

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 14 2014
JEFFREY P. COLWELL
CLERK

RECEIVED
2014 SEP -5 P 2:52

| SERVE<br>➡<br>AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Cynthia Lowery-Graber, CLG Attorney |
|---|---|
| | ADDRESS *(Street or RFD, Apartment No., City State and Zip Code)*<br>999 18th Street, Suite 2201, Denver, CO 80202 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | Number of process to be served with this Form - 285 | 6 |
|---|---|---|
| Martin Thomas Wirth<br>36 Iris Drive<br>Bailey, CO 80421<br>303-816-1054 | Number of parties to be served in this case | 11 |
| Email: martin.wirth@specialtywrench.com | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

# PERSONAL SERVICE

| Signature of Attorney or other Originator requesting service on behalf __X__ PLAINTIFF<br>of:  s/J. Fox<br>Deputy Clerk     ____ DEFENDANT | TELEPHONE NUMBER<br>303-844-3433 | DATE<br>9/05/2014 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 13 | District to Serve<br>No. 13 | Signature of Authorized USMS Deputy or Clerk | Date<br>9/5/14 |
|---|---|---|---|---|---|

I hereby certify and return that I ____ have personally served, ____ have legal evidence of service, _✓_ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

____ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served *(if not shown above)*<br>ARLENE BRIODY EXEC ASSISTANT TO CLG | ____ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service 9/26/14    Time 4:30 pm<br>Signature of U.S. Marshal or Deputy |

| Service Fee<br>$65 | Total Mileage Charges (including endeavors)<br>NONE / WALKED | Forwarding Fee | Total Charges<br>65.00 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

| PRIOR EDITIONS<br>MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

#7

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 14 2014
JEFFREY P. COLWELL
CLERK

RECEIVED
2014 SEP -5 P 2:52

| U.S. Department of Justice<br>United States Marshals Service | | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. | |
|---|---|---|---|
| PLAINTIFF<br>Martin Thomas Wirth | | COURT CASE NUMBER<br>13-cv-03309-REB-KMT | |
| DEFENDANT<br>John Hickenlooper, in his official capacity as Govenor of Colorado, et al | | TYPE OF PROCESS<br>S/C | |
| **SERVE AT** | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Deanna Westfall, CLG Attorney | | |
| | ADDRESS (Street or RFD, Apartment No., City State and Zip Code)<br>999 18th Street, Suite 2201, Denver, CO 80202 | | |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | Number of process to be served with this Form - 285 | 7 |
|---|---|---|
| Martin Thomas Wirth<br>36 Iris Drive<br>Bailey, CO 80421<br>303-816-1054<br>Email: martin.wirth@specialtywrench.com | Number of parties to be served in this case | 11 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

## PERSONAL SERVICE

| Signature of Attorney or other Originator requesting service on behalf of: s/J. Fox<br>Deputy Clerk | X PLAINTIFF<br>___ DEFENDANT | TELEPHONE NUMBER<br>303-844-3433 | DATE<br>9/05/2014 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 13 | District to Serve<br>No. 13 | Signature of Authorized USMS Deputy or Clerk | Date<br>9/5/14 |
|---|---|---|---|---|---|

I hereby certify and return that I ___ have personally served, ___ have legal evidence of service, ✓ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

___ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above)<br>ARLENE BRIODY  EXEC ASSISTANT TO CLG | ___ A person of suitable age and discretion then residing in the defendant's usual place of adobe. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 9/26/14  Time 4:30 pm<br>Signature of U.S. Marshal or Deputy |

| Service Fee<br>$65 | Total Mileage Charges (including endeavors)<br>NONE/WALKED | Forwarding Fee | Total Charges<br>65.00 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

| PRIOR EDITIONS<br>MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 14 2014

JEFFREY P. COLWELL
CLERK

#8

**RECEIVED**
2014 SEP -5 P 2: 53

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|
| PLAINTIFF<br>Martin Thomas Wirth | COURT CASE NUMBER<br>13-cv-03309-REB-KMT |
| DEFENDANT<br>John Hickenlooper, in his official capacity as Govenor of Colorado, et al | TYPE OF PROCESS<br>S/C |

| SERVE ➡ AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Britney Beall-Eder, CLG Attorney |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City State and Zip Code)<br>999 18th Street, Suite 2201, Denver, CO 80202 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | Number of process to be served with this Form - 285 | 8 |
|---|---|---|
| Martin Thomas Wirth<br>36 Iris Drive<br>Bailey, CO 80421<br>303-816-1054<br>Email: martin.wirth@specialtywrench.com | Number of parties to be served in this case | 11 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

## PERSONAL SERVICE

| Signature of Attorney or other Originator requesting service on behalf of: s/J. Fox Deputy Clerk | X PLAINTIFF<br>___ DEFENDANT | TELEPHONE NUMBER<br>303-844-3433 | DATE<br>9/05/2014 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 13 | District to Serve<br>No. 13 | Signature of Authorized USMS Deputy or Clerk | Date<br>9/8/14 |
|---|---|---|---|---|---|

I hereby certify and return that I ___ have personally served, ___ have legal evidence of service, _X_ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

___ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above)<br>ARLENE BRIODY   EXEC ASSISTANT TO CLG | ___ A person of suitable age and discretion then residing in the defendant's usual place of adobe. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 9/26/14  Time 4:30 pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee<br>$65 | Total Mileage Charges (including endeavors)<br>NONE/WALKED | Forwarding Fee | Total Charges<br>65.00 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 14 2014
JEFFREY P. COLWELL
CLERK

#9

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|
| PLAINTIFF<br>Martin Thomas Wirth | COURT CASE NUMBER<br>13-cv-03309-REB-KMT |
| DEFENDANT<br>John Hickenlooper, in his official capacity as Governor of Colorado, et al | TYPE OF PROCESS<br>S/C |

RECEIVED 2014 SEP -5 P 2:53

| SERVE ➡ AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Christopher T. Groen, CLG Attorney |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City State and Zip Code)<br>999 18th Street, Suite 2201, Denver, CO 80202 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | Number of process to be served with this Form - 285 | 9 |
|---|---|---|
| Martin Thomas Wirth<br>36 Iris Drive<br>Bailey, CO 80421<br>303-816-1054<br>Email: martin.wirth@specialtywrench.com | Number of parties to be served in this case | 11 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

# PERSONAL SERVICE

| Signature of Attorney or other Originator requesting service on behalf of: s/J. Fox   X  PLAINTIFF<br>Deputy Clerk                                 ___ DEFENDANT | TELEPHONE NUMBER<br>303-844-3433 | DATE<br>9/05/2014 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 13 | District to Serve<br>No. 13 | Signature of Authorized USMS Deputy or Clerk | Date<br>9/5/14 |
|---|---|---|---|---|---|

I hereby certify and return that I ___ have personally served, ___ have legal evidence of service, _X_ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

___ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above)<br>ARLENE BRIODY  EXEC ASSISTANT TO CLG | ___ A person of suitable age and discretion then residing in the defendant's usual place of adobe. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 9/26/14   Time 4:30 pm<br>Signature of U.S. Marshal or Deputy |

| Service Fee<br>$65 | Total Mileage Charges (including endeavors)<br>NONE / WALKED | Forwarding Fee | Total Charges<br>65.00 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 14 2014
JEFFREY P. COLWELL
CLERK

RECEIVED 2014 SEP 5 P 2:54

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Martin Thomas Wirth | 13-cv-03309-REB-KMT |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| John Hickenlooper, in his official capacity as Governor of Colorado, et al | S/C |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Mary Hager, Individually

ADDRESS (Street or RFD, Apartment No., City State and Zip Code)
25577 Conifer Road, Suite 201, Conifer, CO 80433

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Martin Thomas Wirth
36 Iris Drive
Bailey, CO 80421
303-816-1054
Email: martin.wirth@specialtywrench.com

| Number of process to be served with this Form - 285 | 11 |
|---|---|
| Number of parties to be served in this case | 11 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

## PERSONAL SERVICE

| Signature of Attorney or other Originator requesting service on behalf of: s/J. Fox  Deputy Clerk    X  PLAINTIFF  ___ DEFENDANT | TELEPHONE NUMBER 303-844-3433 | DATE 9/05/2014 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process  1 | District of Origin No. 13 | District to Serve No. 13 | Signature of Authorized USMS Deputy or Clerk | Date 9/5/14 |
|---|---|---|---|---|---|

I hereby certify and return that I ___ have personally served, ___ have legal evidence of service, _X_ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

___ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

___ A person of suitable age and discretion then residing in the defendant's usual place of adobe.

Address (complete only if different than shown above)

Date of Service 9/25/14   Time 1:30 pm

Signature of U.S. Marshal or Deputy

| Service Fee $130 | Total Mileage Charges 61.18 (including endeavors) $34.26 | Forwarding Fee | Total Charges 164.76 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: KAREN COLLIER @ REMAX IS THE RECEPTIONIST AT THE FRONT DESK WHERE MARY HAGER WORKS.

PRIOR EDITIONS MAY BE USED                    **1. CLERK OF THE COURT**                    FORM USM-285 (Rev. 12/15/80)