

## Colorado The Official State Web Portal

### Division of Real Estate

Colorado Division of Real Estate
Online E-Services for Public Access and Licensee Services

**Licensee Details**

| | | | |
|---|---|---|---|
| First Name | MARY | Middle Name | ANNA |
| Last Name | HAGER | | |
| License Name | Broker | License Level | Employing Broker |
| License Number | EA1311950 | Status | Active |
| Phone Number | (303) 420-5352 | License Expires on | 06/15/2015 |
| Last Changed Date | 07/18/2003 | | |

*Address*

| | | | |
|---|---|---|---|
| Street | 5440 WARD ROAD #230 | | |
| City | ARVADA | State | CO |
| Zip Code | 80002 | County | |
| Country | US | | |

**Employed By**

| | | | |
|---|---|---|---|
| Trade Name | REMAX ALLIANCE | License Number | EL40018724 |
| Phone Number | (303) 420-5352 | | |

*Address*

| | | | |
|---|---|---|---|
| Street | 5440 WARD ROAD #230 | | |
| City | ARVADA | State | CO |
| Zip Code | 80002 | County | |
| Country | US | | |

[ Back to search a licensee page ]   [ Back ]

Privacy Statement | Disclaimer

Technical Assistance:
E-mail Information Technology Section

Copyright 2006 PSI. ALL RIGHTS RESERVED. Version 1.0

Federal Home Page || State Home Page || Department Home Page

E-Mail the **Division of Real Estate**
1560 Broadway, Ste. 925
Denver, CO 80202
(303) 894-2166 or (303) 894-2185 - Phone
(303) 894-2683 - Fax
**Relay Colorado**
(TTY (English & Spanish), Voice, VCO, ASCII, STS Assistance Numbers)

Copyright 2000-2014 PSI. ALL RIGHTS RESERVED.Version 1.4.37.647



EXHIBIT A

https://eservices.psiexams.com/licensee/showIndividualLicensee.do?hpar=%2FlwfXiEsV...   10/15/2014