IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03309-REB-KMT

MARTIN THOMAS WIRTH,

    Plaintiff,

v.

JOHN HICKENLOOPER, et al.

    Defendants.

_____

DEFENDANT MICHELLE MILLER'S MOTION TO DISMISS 5TH AMENDED
COMPLAINT PURSUANT TO FED.R.CIV.P. 12(b)(6)
_____

DEFENDANT MICHELLE MILLER ("Miller"), by her attorneys Hayes, Phillips, Hoffmann & Carberry, P.C., pursuant to Fed.R.Civ.P. 12(b)(6) moves this Court for an order dismissing the claims against Miller contained in plaintiff's Fifth Amended Complaint [#76] (the "Complaint") and, as cause therefore, shows the Court as follows:

## FACTS

Miller is the Public Trustee for Park County, Colorado and is sued in her official capacity. 5th Amended Complaint ¶ 5. The 5th Amended Complaint lists Miller in the caption, identifies her as a party in ¶ 5, and then never mentions her again. For purposes of this motion the facts recited in the Complaint must be accepted as true. *Brokers' Choice of America, Inc. v. NBC Universal, Inc.*, 757 F.3d 1125, 1136 (10th Cir. 2013).

## SUMMARY OF ARGUMENT

Miller should be dismissed as a party in this case for the simple reason that the 5th Amended Complaint fails to seek any relief from her.

1

## ARGUMENT

The 5th Amended Complaint in this case fails to allege that Miller committed any wrongful act. In fact it fails to mention her at all. As a result, the 5th Amended Complaint fails to state a claim against Miller on which relief can be granted requiring dismissal pursuant to Fed.R.Civ.P. 12(b)(6).

The standard for consideration of a motion to dismiss for failure to state a claim is well-settled:

> Under Federal Rule of Civil Procedure 8(a)(2), a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." Recently, the Supreme Court clarified this pleading standard in *Bell Atlantic Corp. v. Twombly,* 550 U.S. 544, 127 S.Ct. 1955, 167 L.Ed.2d 929 (2007), and *Ashcroft v. Iqbal,* 556 U.S. 662, 129 S.Ct. 1937, 173 L.Ed.2d 868 (2009): to withstand a Rule 12(b)(6) motion to dismiss, a complaint must contain enough allegations of fact, taken as true, "to state a claim to relief that is plausible on its face." *Twombly,* 550 U.S. at 570, 127 S.Ct. 1955. A plaintiff must "nudge [his] claims across the line from conceivable to plausible" in order to survive a motion to dismiss. *Id.*

*Khalik v. United Air Lines*, 671 F.3f 1188, 1190 (10th Cir. 2012)**.**

As applied to Miller in this case, Plaintiff Wirth has not even achieved the level of conceivability. There is simply no mention of Miller in the 5th Amended Complaint, no explanation of why she is joined as a party in this case, and no relief requested from her. Under these circumstances, there is, even accepting all of the allegations of the 5th Amended Complaint as true, no plausible claim against Miller. Under the *Twombly* standard dismissal of Miller as a party in this case is required.

WHEREFORE, Defendant Miller respectfully requests that she be dismissed as a party in this case, that such dismissal be with prejudice, that she be awarded her attorney fees incurred in bringing this motion, and for such other and further relief as the Court deems proper.

Respectfully submitted this 31st day of October, 2014.

**HAYES, PHILLIPS, HOFFMANN & CARBERRY, P.C.**

By: s/ *Herbert C. Phillips*
         Herbert C. Phillips

**ATTORNEYS FOR DEFENDANT FRED WEGENER**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 31st day of October, 2014, a true and correct copy of the within **DEFENDANT MICHELLE MILLER'S MOTION TO DISMISS 5TH AMENDED COMPLAINT PURSUANT TO FED.R.CIV.P. 12(b)(6)** was filed/served via CM/ECF, and/or U.S. P.S. First Class Mail, postage prepaid, and properly addressed as follows:

Martin Thomas Wirth, Plaintiff
36 Iris Drive
Bailey, CO 80421

Defendant Nationstar Mortgage, LLC
c/o James P. Eckels @ jeckels@bmas.com
c/o Jamie Grant Siler @ jsiler@bmas.com

Defendant the Castle Law Group, LLC
c/o Phillip A. Vaglica @ pvaglica@cmsatty.com

Defendant Lawrence E. Castle
c/o Phillip A. Vaglica @ pvaglica@cmsatty.com

Defendants John Hickenlooper,
John Suthers,  and
Judge Stephen A. Groome
**c/o John Suthers**
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, CO 80203

/s/*Valerie A. Martinez*
Valerie A. Martinez