# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13–cv–03309–REB–KMT

MARTIN THOMAS WIRTH,

Plaintiff,

v.

JOHN HICKENLOOPER, *et al*,

    Defendant.

## ORDER RE: MOTION TO DISMISS FOR FAILURE TO PROSECUTE

THE COURT, having reviewed the Motion to Dismiss for Failure to Prosecute filed by defendants, Nationstar Mortgage LLC, Jay Bray, Federal National Mortgage Association, and Timothy Mayopoulos (the "Motion"), and being sufficiently advised in its premises and finding good cause therefore,

IT IS HEREBY ORDERED that the Motion is GRANTED.

☐ IT IS FURTHER ORDERED that the Plaintiff's Fifth Amended Complaint is DISMISSED with prejudice.

☐ IT IS FURTHER ORDERED that the Plaintiff shall show cause why his Fifth Amended Complaint should not be dismissed for failure to prosecute on or before _____, and that if Plaintiff fails to provide a reasonable explanation for why he has failed to timely respond to the motions to dismiss described in the Motion, the Fifth Amended Complaint shall be dismissed with prejudice.

    Dated this \_\_\_\_ day of _____, 2014.

BY THE COURT


_____
District Court Judge