**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-03309-REB-KMT

MARTIN THOMAS WIRTH,

Plaintiff,

v.

JOHN HICKENLOOPER, *et al*.,

Defendants.

---

NOTICE OF CHANGE OF LAW FIRM AFFILIATION
AND CONTACT INFORMATION

---

TO THE COURT AND ALL PARTIES: Pursuant to D.C.COLO L.Atty R5(c), please take notice that, effective June 4, 2015, the contact information for Phillip A. Vaglica is as follows:

Phillip A. Vaglica, Esq.
VAGLICA & ASSOCIATES, LLC
6782 S. Potomac Street, Suite 150
Centennial, CO 80112.
vaglica@vaglica.com

The undersigned continues to represent defendants The Castle Law Group, LLC, Cynthia Lowery-Graber, Deanna Westfall, Britney Beall-Eder, Christopher T. Groen and Lawrence E. Castle, in his corporate and individual capacities in this matter.

Dated this 10th day of June, 2015.

VAGLICA & ASSOCIATES, LLC

s/ Phillip A.Vaglica
Phillip A. Vaglica
6782 S. Potomac St., #150
Centennial, Colorado 80112
(720) 221-5894
vaglica@vaglica.com

**CERTIFICATE OF SERVICE**

I certify that on June 10, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **James P. Eckels**
  jeckels@bmas.com,rwhitaker@bmas.com,raccomazzo@bmas.com,madams@bmas.com
- **Ronald Scott Fitzke**
  sfitzke@sfhlaw.net,cgomez@sfhlaw.net,ctarleton@sfhlaw.net
- **Herbert C. Phillips**
  hcphillips@hphclaw.com,ama@hphclaw.com,mla@hphclaw.com,vam@hphclaw.com
- **Jamie Grant Siler**
  jsiler@bmas.com,rwhitaker@bmas.com,madams@bmas.com,jeckels@bmas.com
- **Kathryn Anne Teresa Starnella**
  kathryn.starnella@state.co.us,debbie.bendell@state.co.us
- **Martin Thomas Wirth**
  martin.wirth@specialtywrench.com

VAGLICA & ASSOCIATES, LLC

s/ *Colette Poeppel*
Colette Poeppel, paralegal