IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03309-REB-KMT

MARTIN T. WIRTH,

    Plaintiff,

v.

JOHN HICKENLOOPER, in his official capacity as Governor of Colorado,
STEPHEN A. GROOME, in his official capacity as 11th District Court Judge,
ARTHUR R. SMITH, Senior Judge – Retired from Mesa County Court,
MICHELLE MILLER, in her official capacity as Public Trustee of Park County,
NATIONSTAR MORTGAGE, LLC,
JAY BRAY, Chief Executive of Nationstar, in his corporate and individual capacities,
FEDERAL NATIONAL MORTGAGE ASSOCIATION (FNMA),
TIMOTHY J. MAYOPOULOS, Chief Executive of FNMA in his corporate and individual capacities,
THE CASTLE LAW GROUP, LLC,
CYNTHIA LOWERY-GRABER, CLG Attorney,
DEANNA WESTFALL, CLG Attorney,
BRITNEY BEALL-EDER, CLG Attorney,
CHRISTOPHER T. GROEN, CLG Attorney,
LAWRENCE E. CASTLE, Chief Executive of CLG in his corporate and individual capacities,
FRED WEGENER, individually and in his official capacities,
MARY HAGER, individually,

    Defendants.

## DEFENDANTS GOVERNOR JOHN HICKENLOOPER'S AND JUDGE STEPHEN A. GROOME'S NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants Governor John Hickenlooper and Judge Stephen A. Groome hereby submit the following Notice of Supplemental Authority, and provide the Court with the following related case and relevant Tenth Circuit order, which is attached as Exhibit 1:

*Mbaku v. Bank of America*, No. 14-1379 (10th Cir. June 15, 2015): The Tenth Circuit Court of Appeals affirmed the District of Colorado's dismissal of the *pro se* plaintiffs' various claims, including facial Due Process and Equal Protection challenges to Colorado's public trustee foreclosure proceedings under Rule 120 of the Colorado Rules of Civil Procedure and Title 38, Article 38 of the Colorado Revised Statutes.

Respectfully submitted this 15th day of July, 2015.

JOHN W. SUTHERS
Attorney General

s/Kathryn A. Starnella
KATHRYN A. STARNELLA*
Assistant Attorney General
Public Officials Unit
State Services Section
Attorneys for Defendants Governor John
  Hickenlooper and Judge Stephen A. Groome

Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, Colorado  80203
Telephone:  720-508-6176
FAX:  720-508-6041
E-Mail:  kathryn.starnella@state.co.us
*Counsel of Record

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2015, I served a true and complete copy of the foregoing Notice of Supplemental Authority upon counsel of record for the defendants via CM/ECF and on the *pro se* plaintiff via U.S. Mail, as listed below:

Martin Thomas Wirth
36 Iris Drive
Bailey, Colorado 80421


                                                            *s/ Kathryn Starnella*