**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03309-REB-KMT

MARTIN THOMAS WIRTH,

      Plaintiff,

v.

JOHN HICKENLOOPER, in his official capacity as Governor of Colorado, et al.,

      Defendant.

---

**FINAL JUDGMENT**

---

      In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

      Pursuant to the **Order Adopting Recommendation of the United States Magistrate Judge** [#110] of Judge Robert E. Blackburn entered on September 10, 2015 it is

      ORDERED that all plaintiff's claims in this lawsuit, other than his putative RICO claim, are dismissed with prejudice;

      ORDERED that plaintiff's putative RICO claim is dismissed without prejudice;

      ORDERED that judgment shall enter in favor of defendants, John Hickenlooper, in his official capacity as Governor of Colorado; Stephen A. Groome, Judge – 11th District Court Judge; Arthur R. Smith, Senior Judge – Retired from Mesa County Court; Michelle Miller, in her official capacity as Public Trustee of Park County; Nationstar Mortgage, LLC (Nationstar); Jay Bray, Chief Executive of Nationstar in his corporate and individual capacity; Federal National Mortgage Association (FNMA), Timothy Mayopoulos, Chief Executive of FNMA in his corporate and individual capacities; The Castle Law Group, LLC (CLG); Cynthia Lowery-Graber, CLG Attorney; Deanna Westfall, CLG Attorney; Britney Beall-Eder, CLG Attorney; Christopher T. Groen, CLG Attorney; Lawrence E. Castle, Chief Executive of CLG in his corporate and individual capacities; Fred Wegener, individually and in his official capacities; and Mary Hager,

individually, and against plaintiff, Martin Thomas Wirth, as follows:

    Without prejudice as to plaintiff's putative RICO claim; and

    With prejudice as to all other claims asserted herein; and

    ORDERED that defendants are awarded their costs, to be taxed by the clerk of the court in the time and manner required by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    Dated at Denver, Colorado this 10th day of September, 2015.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

    By: s/ K. Finney

    K. Finney
    Deputy Clerk